**Fill in this information to identify the case:**

Debtor name    **TREE LANE LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __4/25/2024__    X _____
Signature of individual signing on behalf of debtor

**Mohamed A. Hadid**
Printed name

**Sole Member and Manager of Summitridge Development II LLC**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **TREE LANE LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **12173-12179 Branford Street LLC** 12173-12179 Branford Street Unit A Sun Valley, CA 91352 | | **Trade debt - warehouse** | | | | $30,000.00 |
| **Associated Ready Mix** 4621 Teller Ave Suite 130 Newport Beach, CA 92660 | | **Trade creditor** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Atrium Development LLC** 901 SW Martin Down Blvd Palm City, FL 34990 | | **2 Loans each for $300,000.00** | | | | $600,000.00 |
| **AVID Plumbing** 11409 Broaded St Santa Fe Springs, CA 90670 | | **Trade creditor** | | | | $10,118.00 |
| **GOLDEN BLUE BUILDERS GROUP INC** PO Box 1561 Venice, CA 90294 | | **Trade creditor** | | | | $387,063.96 |
| **LADWP** PO Box 515407 Los Angeles, CA 90051 | | **Trade creditor** | | | | $2,224.69 |
| **LC ENGINEERING** 889 Pierce Court Ste 101 Thousand Oaks, CA 91360 | | **Trade creditor** | | | | $157,346.19 |

| Debtor | **TREE LANE LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LOS ANGELES COUNTY TAX COLLECTOR 225 N Hill St #1 Los Angeles, CA 90012** | | **Trade creditor** | **Unliquidated** | | | **$0.00** |
| **MELT DE LA PAZ 1411 Tower Grive Dr Beverly Hills, CA 90210** | | **Trade creditor** | | | | **$29,170.00** |
| **Nabeel Zahid 10 rue du Prince - 1204 Geneva - Switzerland** | | **Unsecured Loan** | | | | **$3,400,000.00** |
| **NATIONAL CONSTRUCTION RENTALS 1045 S Greenwood Ave Montebello, CA 90640** | | **Trade creditor** | **Unliquidated** | | | **$600.00** |
| **NATIONAL READY MIXED CONCRETE CO 15821 Ventura Blvd Suite 475 Encino, CA 91436** | | **Trade creditor** | | | | **$183,617.00** |
| **PAYAN SURVEYING 2404 Mary Clare St. Corona, CA 92882** | | **Trade creditor** | | | | **$3,200.00** |
| **PNC EQUIPMENT FINANCE 655 Business Center Drive #250 Horsham, PA 19044** | | **Trade creditor** | | | | **$0.00** |
| **RODRIGUEZ AND RODRIGUEZ 16800 Devonshire Street Ste 307 Granada Hills, CA 91344** | | **Trade creditor** | **Disputed** | | | **$10,892.99** |
| **ROSENTHAL INSPECTIONS PO Box 487 Yorba Linda, CA 92885** | | **Trade creditor** | | | | **$18,614.00** |

| Debtor | **TREE LANE LLC** | | | | Case number *(if known)* | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SKYLARK CAPITAL MANAGEMENT /FCI LENDER SERVICES C/O Eisner PC 9601 Wilshire Blvd 7th FL Beverly Hills, CA 90210** | | **Trade creditor** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **SO CAL INDUSTRIES 163 Sixth Ave La Puente, CA 91746** | | **Trade creditor** | | | | **$4,277.01** |
| **WILLSCOT 901 Bond St Suite 600 Baltimore, MD 21231** | | **Trade creditor** | **Unliquidated** | | | **$10,000.00** |

## United States Bankruptcy Court
### Central District of California

In re    **TREE LANE LLC**

_____
Debtor(s)

Case No. _____
Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SUMMITRIDGE DEVELOPMENT II LLC**<br>**9454 Wilshire Blvd., Suite 208**<br>**Beverly Hills, CA 90212** | | **100%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member and Manager of Summitridge Development II LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __________      Signature __________
Mohamed A. Hadid

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Los Angeles_____, California.

Date: _____4/25/24_____

_____
Mohamed A. Hadid
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1            F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name    **TREE LANE LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................   $    **35,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................   $    **506,044.27**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................   $    **35,506,044.27**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $    **48,744,587.33**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$    **5,897,123.84**

4.   Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b    $    **54,641,711.17**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **TREE LANE LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of the West, BNP Paribas** | **Business Checking** | **8087** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    $0.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | 3,000.00 | - | 0.00 | =.... | $3,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor     **TREE LANE LLC**                                              Case number *(If known)* _____
        Name

| 11b. Over 90 days old: | **503,044.27** | - | **0.00** =.... | **$503,044.27** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$506,044.27** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **TREE LANE LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.1.

| | 2451 Summitridge Dr. | | $0.00 | | $35,000,000.00 |
|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | | $35,000,000.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **TREE LANE LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $506,044.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $35,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $506,044.27 | + 91b. $35,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,506,044.27 |

**Fill in this information to identify the case:**

Debtor name _____**TREE LANE LLC**_____

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | **Bella Vista Estates Owners' Assoc** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien          $66,243.53          $35,000,000.00
**2451 Summitridge Dr.**

**c/o Westcom Property Svcs
20631 Ventura Blvd #202
Woodland Hills, CA 91364**

Creditor's mailing address

Describe the lien
**Assesment Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Skylark (UK) Servicing, LLC
2. Bella Vista Estates Owners' Assoc
3. CRUZ CONCRETE
4. HD SUPPLY CONSTRUCTION/WHITE CAP LP
5. HD SUPPLY CONSTRUCTION/WHITE CAP LP
6. LYDDA LUD LENDER TREE LLC
7. Waterproofing Systems Corp.**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **CRUZ CONCRETE** | Describe debtor's property that is subject to a lien | $1,819,140.86 | $35,000,000.00 |
|---|---|---|---|---|

Debtor   **TREE LANE LLC**                                        Case number (if known) _____
_____
Name

Creditor's Name                                **2451 Summitridge Dr.**

**33323 Agua Dulce Cyn Rd
#77
Santa Clarita, CA 91390**
Creditor's mailing address

                                               **Describe the lien**
                                               **Mechanic's Lien**
                                               **Is the creditor an insider or related party?**
                                               ■ No
Creditor's email address, if known             ☐ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
**12/21/2020**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
☐ No                                           ■ Contingent
■ Yes. Specify each creditor,                  ■ Unliquidated
including this creditor and its relative
priority.                                      ■ Disputed
**Specified on line 2.1**

---

| 2.3 | **HD SUPPLY CONSTRUCTION/WHITE CAP LP** | **Describe debtor's property that is subject to a lien** **2451 Summitridge Dr.** | **$103,608.06** | **$35,000,000.00** |

Creditor's Name

**PO Box 4944
Orlando, FL 32802**
Creditor's mailing address

                                               **Describe the lien**
                                               **Mechanic's Lien**
                                               **Is the creditor an insider or related party?**
                                               ■ No
Creditor's email address, if known             ☐ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
**10/27/2020**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
☐ No                                           ■ Contingent
■ Yes. Specify each creditor,                  ■ Unliquidated
including this creditor and its relative
priority.                                      ■ Disputed
**Specified on line 2.1**

---

| 2.4 | **HD SUPPLY CONSTRUCTION/WHITE CAP LP** | **Describe debtor's property that is subject to a lien** **2451 Summitridge Dr.** | **$238,960.63** | **$35,000,000.00** |

Creditor's Name

**PO Box 4944
Orlando, FL 32802**
Creditor's mailing address

                                               **Describe the lien**
                                               **Mechanic's Lien**
                                               **Is the creditor an insider or related party?**
                                               ■ No
Creditor's email address, if known             ☐ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No

---

| Debtor | TREE LANE LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10/27/2020**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.5** | **LYDDA LUD LENDER TREE LLC**
Creditor's Name

**C/O Haddan Zepfel**
**610 Newport Center Drive**
**Suite 330**
**Newport Beach, CA 92660**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**     $7,300,000.00     $35,000,000.00
**2451 Summitridge Dr.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** | **Skylark (UK) Servicing, LLC**
Creditor's Name

**c/o European Investment Management**
**11661 San Vicente Boulevard**
**Suite 220**
**Los Angeles, CA 90049**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**     $39,000,000.00     $35,000,000.00
**2451 Summitridge Dr.**

**Describe the lien**
**Blanket Lien - Noticing purposes only**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| Debtor | TREE LANE LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Waterproofing Systems Corp. | | Describe debtor's property that is subject to a lien | $216,634.25 | $35,000,000.00 |
|---|---|---|---|---|---|

**2.7** **Waterproofing Systems Corp.**
Creditor's Name

Describe debtor's property that is subject to a lien
**2451 Summitridge Dr.**

$216,634.25        $35,000,000.00

**dba Kazemi & Assoc. Constructions**
**11901 Santa Monica Blvd, Ste 800**
**Los Angeles, CA 90025-2767**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/8/2020**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $48,744,587.33 |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bella Vista Estates Owners Assn**<br>**c/o Witkin & Neal, Inc.**<br>**5805 Sepulveda Blvd., Suite 670**<br>**Van Nuys, CA 91411** | Line  **2.1** | |
| **Crawford & Bangs, LLP**<br>**Attn: Theresa Crawford Tate, Esq.**<br>**1290 E. Center Court Dr., Ste 100**<br>**Covina, CA 91724** | Line  **2.2** | |
| **Dunn De Santis Walk & Kendrick LLP**<br>**750 B Street, Suite 2620**<br>**San Diego, CA 92101** | Line  **2.3** | |
| **Dunn De Santis Walk & Kendrick LLP**<br>**750 B Street, Suite 2620**<br>**San Diego, CA 92101** | Line  **2.4** | |
| **Lydda Lud Lender Tree LLC**<br>**287 Crescent Bay Drive**<br>**Laguna Beach, CA 92651** | Line  **2.5** | |

Debtor    **TREE LANE LLC**
_____                    Case number (if known) _____
            Name

**Roberto Kampfner, Esq.**                                    Line   **2.6**
**White & Case LLP**
**555 South Flower Street, Ste 2700**
**Los Angeles, CA 90071-2433**

| Fill in this information to identify the case: |
|---|

Debtor name __**TREE LANE LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:      List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**12173-12179 Branford Street LLC**
**12173-12179 Branford Street**
**Unit A**
**Sun Valley, CA 91352**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - warehouse__

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**Associated Ready Mix**
**4621 Teller Ave Suite 130**
**Newport Beach, CA 92660**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade creditor__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.3** | Nonpriority creditor's name and mailing address
**Atrium Development LLC**
**901 SW Martin Down Blvd**
**Palm City, FL 34990**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __2 Loans each for $300,000.00__

Is the claim subject to offset? ■ No  ☐ Yes

**$600,000.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**AVID Plumbing**
**11409 Broaded St**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,118.00**

| Debtor | **TREE LANE LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $387,063.96 |
|---|---|---|---|

**GOLDEN BLUE BUILDERS GROUP INC**
**PO Box 1561**
**Venice, CA 90294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,224.69 |
|---|---|---|---|

**LADWP**
**PO Box 515407**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157,346.19 |
|---|---|---|---|

**LC ENGINEERING**
**889 Pierce Court Ste 101**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**LOS ANGELES COUNTY TAX COLLECTOR**
**225 N Hill St #1**
**Los Angeles, CA 90012**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,170.00 |
|---|---|---|---|

**MELT DE LA PAZ**
**1411 Tower Grive Dr**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050,000.00 |
|---|---|---|---|

**Mohamed A. Hadid**
**11301 W Olympic Blvd #537**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400,000.00 |
|---|---|---|---|

**Nabeel Zahid**
**10 rue du Prince - 1204**
**Geneva - Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TREE LANE LLC** | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**NATIONAL CONSTRUCTION RENTALS**
1045 S Greenwood Ave
Montebello, CA 90640

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Trade creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183,617.00**

**NATIONAL READY MIXED CONCRETE CO**
15821 Ventura Blvd Suite 475
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Trade creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00**

**PAYAN SURVEYING**
2404 Mary Clare St.
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Trade creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**PNC EQUIPMENT FINANCE**
655 Business Center Drive #250
Horsham, PA 19044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Trade creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,892.99**

**RODRIGUEZ AND RODRIGUEZ**
16800 Devonshire Street Ste 307
Granada Hills, CA 91344

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Trade creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,614.00**

**ROSENTHAL INSPECTIONS**
PO Box 487
Yorba Linda, CA 92885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Trade creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SKYLARK CAPITAL MANAGEMENT
/FCI LENDER SERVICES**
C/O Eisner PC
9601 Wilshire Blvd 7th FL
Beverly Hills, CA 90210

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Trade creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **TREE LANE LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,277.01 |
|---|---|---|---|

**SO CAL INDUSTRIES**
**163 Sixth Ave**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**WILLSCOT**
**901 Bond St Suite 600**
**Baltimore, MD 21231**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **LA DWP**<br>**PO BOX 30808**<br>**Los Angeles, CA 90030-0808** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **National Construction Rentals**<br>**P.O. BOX  841461**<br>**Los Angeles, CA 90084-1461** | Line **3.12**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Williams Scotsman**<br>**PO Box 91975**<br>**Chicago, IL 60691** | Line **3.20**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,897,123.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,897,123.84 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TREE LANE LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease for 12177 Branford #A Sun Valley, CA - Warehouse** |
| State the term remaining | |
| List the contract number of any government contract | **12173-12179 Branford Street, LLC 15760 Ventura Blvd, Suite 1030 Encino, CA 91436** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **LC Contract** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Build Contract dated 3/1/2024** |
| State the term remaining | |
| List the contract number of any government contract | **Summit West 15639 Warm Springs Drive Canyon Country, CA 91387** |

**Fill in this information to identify the case:**

Debtor name __TREE LANE LLC__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name ___**TREE LANE LLC**___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments and transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

---

Debtor   **TREE LANE LLC**                                          Case number *(if known)*

◼ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

◼ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **12173-12179 Branford Street, LLC v. Tree Lane, LLC [0228]** | **Eviction Proceeding** | **Los Angeles County Superior Courts Burbank Courthouse 300 East Olive Burbank, CA 91502** | ◼ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Skylark (UK) Servicing, LLC v. Mohamed A. Hadid, et al.; Tree Lane LLC, v. Skylark Capital Management, LLC et al. 22SMCV01356** | **Breach of Contract - Receiver Action** | **Superior Court - State of California Cournty of Los Angeles** | ◼ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **AH09082023-470; AH08112023-470-1** | **Failure to Address Class I slope failure** | **Department to Building Safety City of Los Angeles 221 N Figueroa St., 12th Fl Grading Section Los Angeles, CA 90012** | ◼ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Treetop Development LLC, v. Skylark Capital Management LLC (In re Treetop Development LLC) Adv. Case No. 2:22-ap-01178-BB** | **Breach of Contract Adversary Proceeding** | **U.S. Bankruptcy Court C.D. of California Los Angeles Division** | ◼ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **MacKillop v. Tree Lane LLC, et al., 24SMCV00868** | | **Los Angeles Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

◼ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

| Debtor | **TREE LANE LLC** | Case number *(if known)* | |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<div style="background:#000;color:#fff">**Part 5:**</div> **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<div style="background:#000;color:#fff">**Part 6:**</div> **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Leech Tishman Fuscaldo & Lampl, Inc.**<br>**200 S. Los Robles Avenue,**<br>**Suite 300**<br>**Pasadena, CA 91101** | **Legal services provided** | | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor    **TREE LANE LLC**  _____     Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | TREE LANE LLC | Case number *(if known)* |
|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **TREE LANE LLC** _____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **SUMMITRIDGE DEVELOPMENT II LLC** | **California limited liability company 9454 Wilshire Blvd., Suite 208 Beverly Hills, CA 90212** | **sole member and manager of Tree Lane** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mohamed A. Hadid** | **11301 W Olympic Blvd #537 Los Angeles, CA 90064** | **sole member and manager of Summitridge Development II LLC** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor    **TREE LANE LLC** _____    Case number (if known) _____

loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
| --- | --- |

---

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    4/25/2024

Signature of individual signing on behalf of the debtor

**Mohamed A. Hadid**
Printed name

Position or relationship to debtor    **Sole Member and Manager of Summitridge Development II LLC**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) **attached?**

- ■ No
- ☐ Yes

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Sandford L. Frey**
**200 S. Los Robles Avenue, Suite 300**
**Pasadena, CA 91101**
**(626) 796-4000**
California State Bar Number: **117058 CA**
**sfrey@leechtishman.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
☑  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**TREE LANE LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ___4/25/2024_____

_/s/ Sandford L. Frey_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

TREE LANE LLC
11301 West Olympic Blvd., #537
Los Angeles, CA 90064


Sandford L. Frey
Leech Tishman Fuscaldo & Lampl, Inc.
200 S. Los Robles Avenue, Suite 300
Pasadena, CA 91101


12173-12179 Branford Street LLC
12173-12179 Branford Street
Unit A
Sun Valley, CA 91352


12173-12179 Branford Street, LLC
15760 Ventura Blvd, Suite 1030
Encino, CA 91436


Associated Ready Mix
4621 Teller Ave Suite 130
Newport Beach, CA 92660


Atrium Development LLC
901 SW Martin Down Blvd
Palm City, FL 34990


AVID Plumbing
11409 Broaded St
Santa Fe Springs, CA 90670


Bella Vista Estates Owners Assn
c/o Witkin & Neal, Inc.
5805 Sepulveda Blvd., Suite 670
Van Nuys, CA 91411

Bella Vista Estates Owners' Assoc
c/o Westcom Property Svcs
20631 Ventura Blvd #202
Woodland Hills, CA 91364


Crawford & Bangs, LLP
Attn: Theresa Crawford Tate, Esq.
1290 E. Center Court Dr., Ste 100
Covina, CA 91724


CRUZ CONCRETE
33323 Agua Dulce Cyn Rd #77
Santa Clarita, CA 91390


Dunn De Santis Walk & Kendrick LLP
750 B Street, Suite 2620
San Diego, CA 92101


GOLDEN BLUE BUILDERS GROUP INC
PO Box 1561
Venice, CA 90294


HD SUPPLY CONSTRUCTION/WHITE CAP LP
PO Box 4944
Orlando, FL 32802


LA DWP
PO BOX 30808
Los Angeles, CA 90030-0808


LADWP
PO Box 515407
Los Angeles, CA 90051

LC Contract


LC ENGINEERING
889 Pierce Court Ste 101
Thousand Oaks, CA 91360


LOS ANGELES COUNTY TAX COLLECTOR
225 N Hill St #1
Los Angeles, CA 90012


LYDDA LUD LENDER TREE LLC
C/O Haddan Zepfel
610 Newport Center Drive Suite 330
Newport Beach, CA 92660


Lydda Lud Lender Tree LLC
287 Crescent Bay Drive
Laguna Beach, CA 92651


MELT DE LA PAZ
1411 Tower Grive Dr
Beverly Hills, CA 90210


Mohamed A. Hadid
11301 W Olympic Blvd #537
Los Angeles, CA 90064


Nabeel Zahid
10 rue du Prince - 1204
Geneva - Switzerland

NATIONAL CONSTRUCTION RENTALS
1045 S Greenwood Ave
Montebello, CA 90640


National Construction Rentals
P.O. BOX 841461
Los Angeles, CA 90084-1461


NATIONAL READY MIXED CONCRETE CO
15821 Ventura Blvd Suite 475
Encino, CA 91436


PAYAN SURVEYING
2404 Mary Clare St.
Corona, CA 92882


PNC EQUIPMENT FINANCE
655 Business Center Drive #250
Horsham, PA 19044


Roberto Kampfner, Esq.
White & Case LLP
555 South Flower Street, Ste 2700
Los Angeles, CA 90071-2433


RODRIGUEZ AND RODRIGUEZ
16800 Devonshire Street Ste 307
Granada Hills, CA 91344


ROSENTHAL INSPECTIONS
PO Box 487
Yorba Linda, CA 92885

Skylark (UK) Servicing, LLC
c/o European Investment Management
11661 San Vicente Boulevard
Suite 220
Los Angeles, CA 90049


SKYLARK CAPITAL MANAGEMENT
/FCI LENDER SERVICES
C/O Eisner PC
9601 Wilshire Blvd 7th FL
Beverly Hills, CA 90210


SO CAL INDUSTRIES
163 Sixth Ave
La Puente, CA 91746


Summit West
15639 Warm Springs Drive
Canyon Country, CA 91387


Waterproofing Systems Corp.
dba Kazemi & Assoc. Constructions
11901 Santa Monica Blvd, Ste 800
Los Angeles, CA 90025-2767


Williams Scotsman
PO Box 91975
Chicago, IL 60691


WILLSCOT
901 Bond St Suite 600
Baltimore, MD 21231

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Sandford L. Frey**<br>**200 S. Los Robles Avenue, Suite 300**<br>**Pasadena, CA 91101**<br>**(626) 796-4000**<br>California State Bar Number: **117058 CA**<br>**sfrey@leechtishman.com** | |
| ■ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>         **TREE LANE LLC**<br><br>                                        Debtor(s),<br><br>                      Plaintiff(s),<br><br><br><br><br><br><br>                     Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Sandford L. Frey**_____ , the undersigned in the above-captioned case, hereby declare
             *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

b.     ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| <u>4/25/2024</u> | By:   <u>/s/ Sandford L. Frey</u> |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:   <u>**Sandford L. Frey**</u> |
| | Printed name of Debtor, or attorney for Debtor |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**