## TREE LANE LLC

April 24, 2024

### AUTHORIZATION TO FILE CHAPTER 11 PETITION

The undersigned, being the sole Managing Member of TREE LANE LLC, a California limited liability company (the "Company"), does hereby approve, adopt and ratify the following:

WHEREAS, Summitridge Development II LLC, a California limited liability company ("SDII") is the Sole Member and Manager of the Company and, therefore, authorized to make this Resolution.

WHEREAS, SDII has determined that it is in the best interests of the Company to seek protection from its creditors under Chapter 11 of the Federal Bankruptcy Code of the United States of America:

IT IS THEREFORE RESOLVED, that SDII, as the Sole Member and Manager of the Company, hereby authorizes and directs Mohamed A. Hadid to do any and all acts reasonably necessary for the filing and administration of a petition under Chapter 11 of the Federal Bankruptcy Law of the United States including, without limitation, the retention of counsel and other professionals to assist the Company in the preparation and filing of the necessary petition, schedules and related documents and, to sign the petition and all other related documents on behalf of the Company related to the filing of the petition, and to attend the proceedings commenced in connection therewith;

RESOLVED FURTHER, SDII, as the Sole Member and Manager of the Company, hereby authorizes Mohamed A. Hadid to verify said petition, schedules and related documents on behalf of the Company, and to represent the Company in all proceedings related thereto.

### GENERAL RESOLUTION

Resolved, that Mohamed A. Hadid is hereby authorized, directed and empowered and directed to execute, and to do and perform, in the name and on behalf of the Company, such acts and to prepare, execute, acknowledge, verify, file, deliver and cause to be published such certificates, agreements, notices, reports, applications, instruments and documents, under the corporate seal of the Company or otherwise, as he may deem necessary or desirable in his discretion to carry into effect the foregoing resolutions, such member's performance of any such actions to constitute conclusive evidence of such determination.

The execution of this consent shall constitute a written waiver of any notice required by the Restated and Amended Operating Agreement for Tree Lane LLC, a California limited liability company, the Company's Articles or Bylaws. Signature by facsimile transmission will have the same force and effect as if this consent had been originally signed by the Sole Member and Manager, SDII.

This consent shall be filed in the minute book of the Company, and shall become a part of the records of the Company.

| MEMBER: | MANAGER: |
|---|---|
| SUMMITRIDGE DEVELOPMENT II LLC, a California limited liability company | SUMMITRIDGE DEVELOPMENT II LLC, a California limited liability company |
| By: *(signed)* | By: *(signed)* |
| Name: Mohamed A. Hadid | Name: Mohamed A. Hadid |
| Its: Sole Member and Manager | Its: Sole Member and Manager |