Sandford L. Frey (State Bar No. 117058)
Robyn B. Sokol (State Bar No. 159506)
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (424) 738-4400; Facsimile: (424) 738-5080
E-mail: *sfrey@leechtishman.com*
        *rsokol@leechtishman.com*

(Proposed) Attorneys for Tree Lane, LLC
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:24-bk-13201-BB |
| TREE LANE LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **NOTICE OF APPLICATION AND APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO RETAIN AND EMPLOY TRAVERSE, LLC AS CHIEF RESTRUCTURING OFFICER PURSUANT TO 11 U.S.C. §§ 327 AND 328 EFFECTIVE AS OF APRIL 25, 2024; DECLARATIONS OF ALBERT ALTRO AND MOHAMED A. HADID IN SUPPORT THEREOF** |
| | DATE:  May 29, 2024<br>TIME:   10:00 a.m.<br>CTRM: 1539<br>        United States Bankruptcy Court<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE,**

**THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that pursuant to sections 327 and 328 of title 11 of the United

States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424) 738-4400

4880-2548-6012, v. 1

("**FRBP**"), and Local Bankruptcy Rule ("**LBR**") 2014-1, Tree Lane LLC ("**Tree Lane**" or the "**Debtor**"), the debtor and debtor in possession in the above-captioned bankruptcy case (the "**Case**"), hereby provides notice of its application for an order authorizing the Debtor to employ Traverse, LLC ("**Traverse**") as its Chief Restructuring Officer ("**CRO**").  This Application is based upon the facts set for the herein, the attached Declaration of Albert Altro ("**Altro Declaration**") and Mohamad A. Hadid ("**Hadid Declaration**"), the records in the Case, and any other evidence that may be presented to the Court.

PLEASE TAKE FURTHER NOTICE that the Debtor seeks authorization to employ Traverse as CRO pursuant to section 327(a) of the Bankruptcy Code.  Traverse seeks approval of the terms and conditions of its employment pursuant to section 328 of the Bankruptcy Code and will apply for the payment of its fees and reimbursement of its expenses in accordance with 330 and 331 of the Bankruptcy Code, FRBP 2016 and LBR 2016-1.

PLEASE TAKE FURTHER NOTICE that this hearing is being set on regular notice pursuant to LBR 9013-1.  Any party wishing to oppose this Application must file and serve a written opposition upon the Debtor and Debtor's counsel at the address set forth above no later than fourteen (14) days prior to May 29, 2024.  If you fail to comply with this deadline, the Court may treat such failure as a waiver of your right to oppose the Application and may grant the Application.  If you do not have any objection to this Application, you need not take further action.

Dated: May 8, 2024                        LEECH TISHMAN FUSCALDO & LAMPL, INC.


By: /s/ Robyn B. Sokol
Robyn B. Sokol
Proposed Bankruptcy Counsel for Debtor
and Debtor In Possession

4880-2548-6012, v. 1

# I.

## GENERAL BACKGROUND

On April 25, 2024 ("**Petition Date**"), Debtor commenced its Case under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Central District of California (the "**Court**" or "**Bankruptcy Court**"). In accordance with sections 1107(a) and 1108 of the Bankruptcy Code, Debtor is now operating its business and managing its financial affairs as a debtor and debtor in possession. No committee of unsecured creditors has been appointed at the time of filing this Motion.

The Debtor's primary asset is approximately four (4) acres of a developable real property located at 2451 Summitridge Drive, Beverly Hills, California 90210 (the "**Property**"), and the development plans and permits for the development of the Property. The Debtor acquired the Property over a decade ago intending to develop it into luxurious residential housing. The Debtor's development plan and permits for the Property provide for a one-of-a-kind luxurious, state-of-the-art single-family residential home with approximately 30,000 square feet of living space, a private pool and spa, a home theater, and an eight (8) car garage with a car lift (the "**Project**").

The Debtor filed for Bankruptcy protection so that it could obtain Debtor in Possession Financing for the purpose of remedying an immediate threat to the public health and safety created on the portion of the property which Skylark fraudulently conveyed to itself, then finishing the Project and selling the completed luxury home for the benefit of all creditors and stakeholders. To that end, the City of Los Angeles ("**City**") has ordered the Debtor to immediately address safety issues on the Property which requires recompacting, minor demolition, and grading.

This Case was necessitated by a series of events that prevented the Debtor from completing this massive construction project. The breaches of the loan agreement with Skylark Capital Management, LLC ("**Skylark**") and the bad faith actions of Skylark and its principal, which include fraudulent conveyances of real property of the Debtor and the unlawful withholding of funds by Skylark, forced the Debtor to file this Case. Through this Case the Debtor seeks to obtain debtor-in-possession financing ("**DIP Financing**") to monetize its assets for the benefit of the Debtor's estate ("**Estate**") and all stakeholders, address the immediate safety concerns of the City with respect to the Property, and adjudicate or resolve various causes of action against the Debtor's largest secured

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424)/738-4400

creditor, Skylark and its assignee Skylark (UK) Servicing, LLC ("**Skylark UK,**" and jointly "**Skylark Parties**").[1]  Despite attempts to reach a consensual resolution of issues with the Skylark Parties, they sought to appoint a receiver over the Debtor and the primary assets of its Estate − the Property and Project.  There currently exists significant pending litigation between the Debtor and the Skylark Parties in State Court.

Negotiations with potential lenders are ongoing and the Debtor intends to seek Court approval of DIP Financing very soon.  Additionally, the Debtor through its CRO has been meeting with the City of Los Angeles and contractors to address the immediate needs of the Property as soon as funding has been approved by the Court.

The proposed CRO is necessary to oversee and manage the Project which is partially built. There is a super structure on the Property and erosion issues regarding this super structure and the Property need to be addressed.  This will require the CRO to be on sight at the Property to manage the Project.

## II.

## JURISDICTION AND VENUE

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b).  Moreover, venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.

## NOTICE

Debtor has provided notice of this Application to (a) the United States Trustee; (b) counsel to secured creditor Skylark UK, (c) all secured creditors and lienholders; (d) all creditors of the Debtor; and (e) any party that has requested notice pursuant to FRBP 2002.

///

///

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424)738-4400

---

[1] Skylark UK is the assignee of the loan in the principal amount of up to $31,300,000 made by Skylark to the Debtor pursuant to an Assignment Agreement dated as of October 23, 2023 and the Assignment of Construction Deed of Trust acknowledged as of October 24, 2023.

4880-2548-6012, v. 1

**IV.**

**RELIEF REQUESTED**

By this Application, Debtor respectfully requests the Court enter an order authorizing Debtor to employ and retain Traverse and designate Albert Altro as its CRO to oversee and manage the Project, and work with the Debtor's anticipated Independent Manager[2] to develop and implement Debtor's restructuring plan in order to minimize the costs to Debtor's estate and maximize the value of the estate for the benefit of all stakeholders pursuant to Bankruptcy Code §327(a) effective as of the Petition Date.

**V.**

**TRAVERSE'S QUALIFICATIONS**

Traverse is an advisory firm specializing in providing restructuring, interim management, financial and accounting services to assist challenged organizations in a financial and operational capacity. Traverse has a wealth of experience in, and enjoys an excellent reputation for, services it has rendered in complex chapter 11 cases on behalf of debtors and creditors.[3] Mr. Altro has over 30 years of experience in corporate restructuring, public accounting, executive management, and consulting, primarily in a leadership role. Debtor believes that Traverse will provide it with financial advisory services in a cost-effective, efficient, and timely manner that will maximize the value of the Debtor's estate. Furthermore, Debtor believes Mr. Altro has the requisite experience and skill set to be designated as the CRO in this case. Debtor anticipates that Mr. Altro along with several other financial and accounting personnel employed at Traverse will be primarily performing tasks on behalf

---

[2] A motion to authorize the Debtor to enter into an Independent Manager Agreement is being filed simultaneously herewith. The Independent Manager's responsibilities will not overlap with those of the CRO.

[3] Traverse has provided services to debtors in several bankruptcy cases, including: (i) *In re American Laser Skincare, LLC*, Case No. 14-12685 (Bankr. D. Del. 2014); (ii) *In re Peekay Acquisition, LLC*, Case No. 17-11722 (Bankr. D. Del. 2017); (iii) *In re Paramount Building Sols., LLC*, Case No. 17-10867, (Bankr. D. Ariz. 2017); (iv) *In re Food for Health*, Case No. 18-23404 (Bankr. Utah 2018); (v) *In re Bumble Bee Foods* Case No 19-12502 (Bankr. D. Del. 2019); (vi) *In re Jab Energy Solutions* Case No. 21-11226 (CTG) (Bankr. D. Del. 2021); (vii) *In re BH Cosmetics* Case No 22-10050 (Bankr. D. Del. 2022). Traverse has provided services to creditors, including; *In re Elief,* Case No.: 8:19-bk-13858 ES (Bankr. C.D. California 2019). Mr. Altro is the appointed Examiner *In re John Coleman* Case No. 21-11833-SDM (Bankr. N.D. Miss. 2021).

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424)738-4400

4880-2548-6012, v. 1

of Debtor.  A detailed description of Traverse as well as the Mr. Altro's and the other financial and

accounting personnel are attached as **Exhibit "A"** to the Altro Declaration and are incorporated herein

by this reference.

Additionally, Traverse is familiar with Debtor's business model and what it intends  to achieve

through this reorganization.  As set for in the Altro Declaration, prior to the Petition Date, on February

16, 2024, Debtor executed an engagement agreement with Traverse that sets forth the conditions of

Traverse's employment in connection with the preparation and filing of this Case (the "**Engagement**

**Letter**").  A true and correct copy of the Engagement Letter is attached as **Exhibit "B"** to the Altro

Declaration and is incorporated herein by this reference.  As a result of the pre-petition engagement,

Traverse quickly built up a high level of trust and confidence with the Debtor's pre-petition

management that continues into this Case.  Traverse  transferred all of Debtor's accounting records to

Traverse's accounting system to assist with prepetition services it provided to the Debtor.  Traverse

has worked closely with the Debtor, Debtor's proposed independent manager, proposed general

bankruptcy counsel and other advisors during the pre-petition period and will continue to do so as the

Case proceeds.  Accordingly, Debtor believes that Traverse is exceedingly familiar with the Debtor's

operations, is well qualified and has the requisite knowledge and experience to effectively serve as

Debtor's CRO.

## VI.

## SCOPE OF EMPLOYMENT

Generally, Traverse will support the Debtor's Case and the formulation of its plan of

reorganization, including working to immediately obtain necessary debtor-in-possession financing in

order to finish construction at the Project and to sell Debtor's primary asset at Summitridge.  Traverse

will provide leadership and management in the capacity of CRO to Debtor as directed by the Debtor's

independent manager.  Some of the tasks that Traverse will provide Debtor include but are not limited

to:

a)  Manage Debtor's business as debtor-in-possession, including making decisions related to Debtor's authority, duties and responsibilities as debtor-in-possession;

b)  Retain, remove, and set or adjust compensation for all officers and other employees of Debtor, if any;

4880-2548-6012, v. 1

c)    Negotiate with and verify the financial capacity of all potential purchasers of any Debtor's assets;

d)    Represent Debtor in dealings and negotiations with creditors;

e)    Review Debtor's books and records and conduct any investigation necessary to assert claims of Debtor under the Bankruptcy Code;

f)    Supervise the general contractor and related personnel with respect to the Project;

g)    With the assistance of Debtor's bankruptcy counsel, pursue any action that Debtor can pursue under the Bankruptcy Code or otherwise and, with the assistance of Debtor's bankruptcy counsel, defend any action against Debtor in the Bankruptcy Court or otherwise;

h)    With the assistance of Debtor's bankruptcy counsel, formulate and direct the filing of a chapter 11 plan of reorganization and disclosure statement;

i)    Oversee and monitor Debtor's assets and post-petition liabilities;

j)    With the assistance of Debtor's bankruptcy counsel, procure post-petition financing to allow Debtor to complete construction of the Project; and,

k)    Ensure Debtor complies with its obligations as a debtor-in-possession.

These services are necessary to enable the Debtor to continue to operate its business during the pendency of this chapter 11 Case and maximize the value of the estate for the benefit of the Debtor's stakeholders.

## VII.

### COMPENSATION AND INDEMNIFICATION

As set forth in the Engagement Letter, Debtor has agreed to, among other things: (a) compensate and reimburse Traverse for services provided and expenses incurred, and (b) indemnify Traverse and its personnel in accordance with the terms of the Engagement Letter.  Debtor will compensate Traverse monthly in the amount of $25,000 for Mr. Altro's employment as CRO.  In addition, Traverse will charge its standard hourly rates for any additional employees assigned to assist with respect to this engagement on an hourly basis, plus reimbursement of actual, necessary expenses and other charges.  The current hourly rates of professionals of Traverse providing services range in the amount of $275–$425.  Beyond the rates listed above, Debtor shall reimburse Traverse for its reasonable out-of-pocket documented expenses incurred in connection with the services provided, such as travel, lodging, duplicating, research, and telephone charges.  The fee structure set forth in the Engagement Letter is consistent with and typical of compensation arrangements entered into by

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424) 738-4400

Traverse and other comparable firms that render similar services under similar circumstances.  Debtor believes that the fee structure is reasonable, market-based, and designed to compensate Traverse fairly for the work of the CRO.

When Traverse was first employed by Debtor to provide services in connection with a possible restructuring of Debtor's business, Traverse received a prepetition retainer from Debtor in the aggregate amount of $20,000.00.  This retainer was applied to pre-petition work and has been exhausted.  On the Petition Date, Traverse was not owed any money by the Debtor.

Traverse will look to the anticipated DIP Financing to cover its fees and expenses incurred in accordance with the United States Trustee Guidelines.  Traverse will prepare and serve monthly professional fee statements, in accordance with all applicable rules and United States Trustee Notices and Guides, and upon expiration of the applicable notice period without objection, draw down on the fee reserve established by the DIP Financing to cover the fees and costs.  Further, Traverse will seek interim compensation during the administration of the Case, and final compensation at the conclusion of the Case, as permitted by sections 330 and 331 of the Bankruptcy Code, FRBP 2016 and LBR 2016-1.  Traverse understands that its compensation in the case is subject to the prior approval of the Court, after notice and a hearing, in accordance with sections 330 and 331 of the Bankruptcy Code, FRBP Rule 2016, Local Bankruptcy Rule 2016-1 and the United States Trustee Guidelines.

Pursuant to the Engagement Letter, as a material part of the consideration for which Traverse has agreed to provide the services to Debtor, Debtor agreed to indemnify and hold harmless Traverse and those in the employ of Traverse, (collectively, the "**Indemnified Parties**") as set forth in the terms of the Engagement Letter.  Such indemnification will not include any losses, claims damages, liabilities or expenses to the extent they are caused by the Indemnified Parties' willful misconduct or gross negligence.

## VII.

## DISINTERESTEDNESS

To the best of the Debtor's knowledge, and other than serving as prepetition CRO as set forth in the Altro Declaration, the partners of and associates of Traverse do not have any connection with or

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424) 738-4400

any interest adverse to Debtor, its creditors, or any other party in interest, or their respective attorneys

and accountants.

Based upon the Altro Declaration, Debtor submits that Traverse is a "disinterested person" as

that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the

Bankruptcy Code. Specifically:

>   (a) Traverse is not and was not a creditor, an equity security holder or an insider
>   of Debtor;
>
>   (b) Traverse is not and was not an investment banker for any outstanding security
>   of Debtor;
>
>   (c) Traverse is not and was not, within three (3) years before the date of the filing
>   of the petition herein, an investment banker for a security of Debtor, or an
>   attorney for such an investment banker in connection with the offer, sale or issuance
>   of any security of Debtor;
>
>   (d) Traverse is not and was not, within two (2) years before the date of the filing
>   of the petition herein, a director, officer or employee of Debtor or of any
>   investment banker for any security of Debtor;
>
>   (e) Subject to the disclosures contained herein, Traverse neither has nor represents
>   any interest materially adverse to the interests of the estate or of any class of
>   creditors or equity security holders, by reason of any direct or indirect relationship
>   to, connection with, or interest in, Debtor or an investment banker for any
>   security of Debtor, or for any other reason; and
>
>   (f) No member of Traverse is a relative or employee of the United States Trustee for the
>   Central District of California or a bankruptcy judge.

Traverse will conduct an ongoing review of its files to ensure that no disqualifying

circumstances arise.  If any new relevant facts or relationships are discovered, Traverse will

supplement its disclosure to the Court.

## VIII.

## CONCLUSION

**WHEREFORE**, Debtor requests that the Court enter an order approving the employment of

Traverse as bankruptcy counsel pursuant to section 327(a) of the Bankruptcy Code, effective as of the

Petition Date, to render services as described herein, with the terms of compensation contained in the

///

///

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424) 738-4400

4880-2548-6012, v. 1

1    Engagement Letter approved pursuant to section 328 of the Bankruptcy Code, and to be paid in

2    accordance with sections 330 and 331 of the Bankruptcy Code as an expense of administration.

3

4
                                                    Signature to follow
5    Dated: May 8, 2024                    _____
                                          Mohamed A. Hadid
6                                         Sole Member and Manager of Summitridge
                                          Development II LLC, the sole member of the
7                                         Debtor

8

9
     Presented by:
10   Leech Tishman

11
     By: _/s/ Robyn B. Sokol_____
12           Robyn B. Sokol

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4880-2548-6012, v. 1

### DECLARATION OF ALBERT ALTRO

I, Albert Altro, hereby declare as follows:

1.      I am the Chief Restructuring Officer ("**CRO**") of Tree Lane, LLC, the Debtor and Debtor in possession of the above captioned case ("**Debtor**").  I am also a Managing Director at Traverse, LLC, a limited liability company that has served as a restructuring advisor to the Debtor since February 16, 2024.  I have over thirty (30) years of experience in corporate restructuring, public accounting and executive management, and consulting spanning a variety of industries and organizations.  In my capacity as CRO, I have overseen the preparations for the Debtor's chapter 11 filing and been involved in responding to diligence requests and negotiating with the Debtor's key constituencies.  In this capacity, I have become familiar with the Debtors' business, past operations, and financial affairs.

2.      On April 25, 2024 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (as amended or modified, the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Central California (the "**Bankruptcy Court**") initiating the above-captioned chapter 11 case (the "**Chapter 11 Case**").  The Debtor continues to operate its business and manage its property as a debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

3.      The Debtor is a limited liability company, organized and existing under the laws of the State of California, in the business of luxury residential real estate development.  The Debtor's sole member is Summitridge Development II, LLC ("**Summitridge**"), and Mohamed Hadid ("**Mr. Hadid**") is the sole member and manager of Summitridge.  The Estate's primary asset is approximately four (4) acres of a developable real property located at 2451 Summitridge Drive, Beverly Hills, California 90210 (the "**Property**"), and the development plans and permits for the development of the Property.

4.      Traverse is an advisory firm specializing in providing restructuring, interim management, financial and accounting services to assist challenged organizations in a financial and operational capacity.  Traverse has a wealth of experience in and enjoys an excellent reputation for services it has rendered in complex chapter 11 cases on behalf of debtors and creditors.

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424)738-4400

5.      I have over 30 years of experience in corporate restructuring, public accounting and executive management, and consulting, primarily in a leadership role.  My resume as well as those of other financial and accounting personnel resumes are attached as **Exhibit "A."**

6.      Traverse has provided services to debtors in several bankruptcy cases, including: (i) *In re American Laser Skincare, LLC*, Case No. 14-12685 (Bankr. D. Del. 2014); (ii) *In re Peekay Acquisition, LLC*, Case No. 17-11722 (Bankr. D. Del. 2017); (iii) *In re Paramount Building Sols., LLC*, Case No. 17-10867, (Bankr. D. Ariz. 2017); (iv) *In re Food for Health,* Case No. 18-23404 (Bankr. Utah 2018); (v) *In re Bumble Bee Foods* Case No 19-12502 (Bankr. D. Del. 2019); (vi) *In re Jab Energy Solutions* Case No. 21-11226 (CTG) (Bankr. D. Del. 2021); (vii) *In re BH Cosmetics* Case No 22-10050 (Bankr. D. Del. 2022). Traverse has provided services to creditors, including; *In re Elief,* Case No.: 8:19-bk-13858 ES (Bankr. C.D. California 2019).

7.      I am appointed as an examiner *In re John Coleman* Case No. 21-11833-SDM (Bankr. N.D. Miss. 2021).

8.      On February 16, 2024, Debtor executed an engagement agreement with Traverse that sets forth the conditions of Traverse's employment in connection with the preparation and filing of this Case (the "**Engagement Letter**").  A true and correct copy of the Engagement Letter is attached hereto as **Exhibit "B**."

9.      As a result of the engagement, Traverse quickly built up a high level of trust and confidence with the Debtor's pre-petition management that continues into this Case.  Traverse transferred all of Debtor's accounting records to Traverse's accounting system to assist with prepetition services it provided to the Debtor.  Traverse has worked closely with the Debtor, Debtor's proposed independent manager, proposed general bankruptcy counsel and other advisors during the pre-petition period and will continue to do so as the Case proceeds.  Accordingly, Debtor believes that Traverse is familiar with the Debtor's operations, is exceedingly well qualified and has the requisite knowledge and experience to effectively serve as Debtor's CRO.

10.     Traverse is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

11.     Specifically:

(a) Traverse is not and was not a creditor, an equity security holder or an insider

12

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424) 738-4400

of Debtor;

(b) Traverse is not and was not an investment banker for any outstanding security of Debtor;

(c) Traverse is not and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of Debtor;

(d) Traverse is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of Debtor or of any investment banker for any security of Debtor;

(e) Subject to the disclosures contained herein, Traverse neither has nor represents any interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtor or an investment banker for any security of Debtor, or for any other reason; and

(f) No member of Traverse is a relative or employee of the United States Trustee for the Central District of California or a bankruptcy judge.

12.    Traverse will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise. If any new relevant facts or relationships are discovered, Traverse will supplement its disclosure to the Court.

13.    As of the Petition Date, Traverse was not owed any money for services provided. As of the Petition Date, Traverse had exhausted the pre-petition retainer of $20,000 that it had received from the Debtor.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed this 8th day of May, 2024 in _____, California.

By: _Signature to follow_____
Albert Altro
Chief Restructuring Officer
Tree Lane LLC

### DECLARATION OF MOHAMED A. HADID

I, Mohamid A. Hadid, declare as follows:

1.      I submit this declaration in support of the Application of Debtor and Debtor-in-Possession Pursuant to Bankruptcy Code §§ 327(a), 330 and 1107; and FRBP 2014 for an Order Authorizing the Employment of Leech Tishman Fuscaldo & Lampl, Inc. as Chapter 11 Counsel.  I am an individual over the age of eighteen, and I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am the managing member and sole member of Summitridge Development II LLC, the managing member of Tree Lane, LLC, California limited liability company, the Debtor and Debtor in Possession ("**Debtor")**.  The Debtor commenced this case by filing a voluntary Chapter 11 petition on April 25, 2024.

4.      By the foregoing Application, the Debtor seeks Court approval of the retention of Traverse as the Chief Restructuring Officer for the Debtor.

5.      To the best of my knowledge and belief, Traverse represents no interest adverse to the Debtor or its estate and is a disinterested person as that term is defined in the Bankruptcy Code.

6.      I believe that the employment of Travers as Chief Restructuring Officer for the Debtor is in the best interest of the Chapter 11 estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 8, 2024 at Los Angeles, California.

Signature to follow

_____
Mohamed A. Hadid
Sole Member and Manager of Summitridge
Development II LLC, the sole member of the
Debtor

LEECH TISHMAN FUSCALDO & LAMPL, INC.
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424)738-4400

4880-2548-6012, v. 1

# Exhibit A



# Traverse LLC

Corporate Restructuring; Creditor Advisory; Interim Management; Transaction Support

w w w . t r a v e r s e l l c . c o m



# Traverse LLC

## ABOUT US

## Our History:

Traverse LLC was formed in 2005. The goal was to form a company that would provide the highest quality advice, executable solutions, personalized service and support to middle market clients in order to help them achieve their goals. Now in its 18th year, Traverse continues to provide Management Services (principally Financial Advisory, Restructuring & Interim Management) and Transaction Support (principally financial due diligence and quality of earnings) to the middle market.  Albert Altro leads the Firm as Founder after working in public accounting and the restructuring industry.

## Our Process:

Traverse's turnkey Management Services' process allows us to quickly assess our client's needs and unique situations as well as assemble the optimal resources to address critical business issues.  We deliver our services from personnel based in Los Angeles, Dallas, New York City, Nashville – Memphis.

### OUR EXPERTISE

- Restructuring & Turnaround
  - Operational
  - Financial
  - Chapter 11
  - Forensic Accounting
  - Wind Down
  - Liquidation

- Interim Management
  - CRO
  - CFO
  - Assignee (ABC)
  - Financial Advisor
  - Independent Board Member

- Creditor Advisory
  - Assessment
  - Receivership
  - Creditor Committees
  - Forensic Accounting

- Transaction Services
  - Due Diligence
  - Quality of Earnings
  - Debt Capital Raising
  - Forensic Accounting



Exhibit 1, Page 16

# Traverse LLC



Traverse is a consulting firm dedicated to providing corporate restructuring, interim management, creditor advisory and transactions support ("Quality of Earnings"). Our expert team has over 200 years of combined experience, which allows us to provide the highest quality advice, service and support to both performing and underperforming organizations seeking to restructure operations, buy or sell, overcome financial challenges, or maximize performance.

We help our clients lay the foundation for long term success by providing expert guidance, personalized attention, and industry specific solutions. We offer clients the highest level of expertise and professionalism traditionally expected from a Big Four consultancy without the overhead costs and resulting fees.  Traverse is a disabled veteran owned company.

## WHY CHOOSE US

### EXPERIENCE
The team at Traverse has over 200 years of combined experience. Our executives come from a "Big 4" background & have extensive experience in both public & private sector industries with core roots in the Middle Market.

### PROVEN RESULTS
Traverse has a long history of successfully providing corporate structuring solutions. Traverse transaction support teams are adept at assessing a target company's quality of earnings adding value to both buyers and sellers.

### DIRECT IMPACT TO THE BOTTOM LINE
Our experts and interim management executives define operational improvements that yield cost efficiencies, directly impacting a company's earnings. We assess proforma related synergies yielding increased value.

Exhibit 1, Page 17

# Traverse LLC

## RESTRUCTURING SERVICES

Our Management Services team works with under performing companies to address challenges and issues affecting their business while identifying and building on their strengths.

Traverse provides restructuring and turnaround services to assist underperforming organizations in a financial and operational capacity. Our turnaround team works with clients to address the immediate liquidity issues affecting their business. This allows the company to focus on their strengths, day to day operations, and implementing growth strategies.

Traverse helps companies navigate through their business both in court and out of court by ensuring that the needs of all parties are met proactively and addressing critical issues and challenges in a timely manner. Our goal is to provide companies with a fresh start, a platform from which to grow.



## RELATED SERVICES

- **RESTRUCTURING SERVICES**

- **RESTRUCTURING ACTIVITIES**

- **TURNAROUND SERVICES**

Exhibit 1, Page 18

# Traverse LLC

*RESTRUCTURING SERVICES*

## RELATED SERVICES

### RESTRUCTURING SERVICES

- Corporate turnaround services
- Cross-border and multinational restructurings
- Financial advisory services during the Chapter 11 process
- Interim crisis management
- Out-of-court workouts
- Preparation and implementation of restructuring plans
- Preparation for bankruptcy

### RESTRUCTURING ACTIVITIES

- Manage cash and working capital
- Evaluate viability of operation
- Prepare liquidation analyses
- Identify and analyze assumptions, business plans and forecasts
- Assess feasibility of business plans
- Analyze reorganization plans and alternatives
- Assist in the development of exit strategies
- Assist with debt restructuring
- Negotiate with creditors
- Assist in the preservation of tax attributes, NOLs, insolvency and bankruptcy issues and tax compliance

### TURNAROUND SERVICES

- Administer crisis cash management
- Perform interim management responsibilities
- Identify issues affecting profitability
- Develop turnaround plan and implementation
- Facilitate implementation of solutions

Exhibit 1, Page 19

# Traverse LLC

## PROFESSIONAL EXPERIENCE

### PEKAY BOUTIQUES INC.



Retailer focused on women's' sexual health and wellness.  Branded products sold in 48 locations in 4 States including (California, Washington, Texas and Tennessee.



- Appointed CRO and guided the Company through the Chapter 11 process and subsequent sale under section 363 of the bankruptcy code.  Provided hands on leadership and direction to the Company's accounting and treasury personnel assuming all CFO responsibilities.

- Assisted in all pre-bankruptcy requirements including  cash collateral budget, first day orders, communications plan and reporting to the lenders.

- Provided all reporting to the United States Trustee, managed reporting to all constituents in case including senior secured lenders, Junior secured lenders and Unsecured Creditors Committee.

### AMERICAN LASER SKINCARE



Provider of aesthetic skincare services, including laser hair removal, cellulite reduction and other non-invasive surgical procedures; 147 clinics and annual revenue of $165m (pre- filing).  Digital marketing driven business model.

- Appointed CRO and guided the Company through the Chapter 11 process and subsequent sale under section 363 of the bankruptcy code.  Provided hands on leadership and direction to the Company's accounting, treasury and tax personnel.

- Interim Management assistance post filing, leading the (ongoing) restructuring and closure of non-performing clinics and retooling of capital assets including call center operations and digital marketing spend.

# Traverse LLC

*RESTRUCTURING – OUT OF COURT*

## PROFESSIONAL EXPERIENCE



### THE CORPORATE PRESENCE

Vertically integrated international supplier of desktop commemoratives for the banking industry. Significant revenue impairment resulted in solvency, cash flow issues and loan defaults.

- Retained to assess and recommend cost reduction plan, cash management and out-of-court restructuring.

- During agreed forbearance period, developed and successfully executed: out-of-court workout of debt restructuring, long term payment plans with unsecured creditors and tax authorities and operational cost reductions while ensuring business generated positive cash flow.

- Assumed role as a member of the Board of Directors

### PARAMOUNT BUILDING SOLUTIONS

A Privately Equity owned middle market company based in Phoenix Arizona with over 1,200 employees. Provider of floor care services principally to large supermarket chains.



- Engaged to assess the Company's operations including customer profitability, recoverability of accounts receivable, and management.

- Uncovered misrepresentations by senior management and developed restructuring and turn around plan.

- Engaged by owners to assume a role as member of the Board of Directors and execute the restructuring plan including the termination of senior management. Restructuring plan included entering chapter 11 to reject unprofitable contracts and certain withdrawal liability from multi employer pension plan.



- Turn-Around resulted in reversing annual loss of $5 million to first year positive earnings of $1.5 million.

Exhibit 1, Page 21

# Traverse LLC

*RESTRUCTURING – COURT APPOINTED RECEIVER*

# PROFESSIONAL EXPERIENCE



**SMILE WIDE LLC**

Regional provider of dental (general and pediatric) and orthodontic services in 23 locations and 25,000 patients in Southern California.



- Appointed Receiver and guided the Company through the Receivership process stabilizing operations and minimizing cash burn.

- Interim Management assistance included the day to day operations optimizing cash flow and streamlining operations, provided corrective action plan for contract compliance with "payors".

- Managed the marketing and sale of the operating assets of the entity resulting in recovery in excess of 200% of independent third party valuation.

## VERO BUSINESS CREDIT



➢ Vero headquartered in Memphis TN and is a specialty finance company factoring receivables and providing fuel advances to the trucking industry managing a $65 million portfolio. Vero operates with a line of credit from first Tennessee bank and finances trucking companies all over the USA.

- Retained by the predecessor company Enoble Business Credit to operate, restructure and assist in the sale of the Company.



- Restructured into three separate business units including Good Co, Bad Co and Real Estate Business Unit. Allowed Lender to foreclose on real estate, assigned non-core non-transportation related accounts to lender (Bad Co) and sold transportation accounts to Vero (Good Co).

- Appointed "Receiver" over the remaining entity (Bad Co) to recover assets and distribute proceeds to Senior Lender.

Exhibit 1, Page 22



## INTERIM EXECUTIVE MANAGEMENT



We provide Executive interim management at different points in a Company's life cycle. We have effectively worked to improve operations, maximize the enterprises' opportunities, and manage risk by engaging at the right place and the right time. We have worked in a CRO capacity for distressed enterprises as well as CFO with profitable businesses requiring additional horse power and providing managerial optionality.

An Executive departure is difficult for an organization, and can cause disruption beyond just the need to backfill the position. Traverse's team of experienced executives can assist organizations through times of executive transition. We often work in conjunction with senior management in order to minimize the impact of the departure, by maintaining operations, providing leadership through existing business processes, and facilitating growth and momentum as a company transitions.

Our executives understand that the role of an interim executive is different from that of a permanent executive. The person must address both operational issues and issues related specifically to the transition period, while integrating seamlessly into the organization. We work with our clients to fill a variety of key positions (CRO, CFO, COO), until the company is able to implement an executive search, allowing them time to select the right candidate. Tenure of our Interim Management executives varies by each client's needs, and often we can assist in finding the right candidate and provide thought leadership and executive coaching during the transition.

Exhibit 1, Page 23

# Traverse LLC

## PROFESSIONAL EXPERIENCE



### RAJ SWIMWEAR

A national leader in the manufacture and distribution of swimwear through both wholesale and retail channels.  Manufacturing and distribution facilities located in Tustin, California.



- Traverse engaged by Management pursuant to a forbearance agreement with East West Bank.
- Assessed operations and executed cost mitigation strategies.
- Prepared 13 week cash flow
- Marketed the Company for Sale
- Planned the liquidation under and Assignment for the Benefit of Creditors
- Negotiated settlements with vendors, customers and service providers
- Negotiated settlement with senior lenders and Owners

### Assignment for the Benefit of Creditors of Newsom Designs, LLC

Engaged as Assignee by a national leader in e-commerce sale of furniture.  Corporate Headquarters co-located in Dallas TX in 200,000 square foot distribution facility



- Reorganized corporation in Delaware to support new friendly venue
- Prepared Budget for Board of Directors
- Marketed the IP for Sale
- Negotiated settlements with vendors, customers and service providers
- Negotiated settlement with Owners and Landlords

- Recovery to unsecured creditors in excess of 80%.



# Traverse LLC

## OUT OF COURT RESTRUCTURING

# PROFESSIONAL EXPERIENCE



**TS3 TECHNOLOGIES INC.**

Manufacturer of printed circuit boards, box build and wire harnesses in the Defense, Aerospace, Utility and Oil and Gas Industry.  Two manufacturing plants located in Nashville and Houston.

- Conducted Operational and Financial Assessment and subsequently engaged to execute restructuring plan.
  - ➤ Resulted in $5 million in estimated savings
    - — Rationalization of work-force
    - — Consolidation of Facilities
    - — Purged unprofitable accounts
    - — Renegotiated significant agreement with counter-parties
- Subsequently conducted out of court wind down and dissolution.

**CITY GEAR, INC.**

Retail apparel chain of 120 stores based in Memphis TN in City Specialty niche (Urban Apparel and Footwear).  Significant suppliers and creditors include Nike, Adidas, Levis, Pink Dolphin, Hustle Gang, New Era, Stance, Huf, Brian Brothers, Converse, Lacoste, Timberland, New Balance, Puma and CIT.

- Initially retained by mezzanine investors to perform acquisition due diligence of a sponsored leveraged buy out..
- Subsequently retained as CRO to assess and recommend cost reduction plan, cash management and execute an out-of-court amendment to the mezzanine debt agreement.
- Assumed role as member of the Board of Directors to drive financial due diligence in support of acquisition growth strategy increasing store count from 38 to 120 stores over a two year period.



Exhibit 1, Page 25

# Traverse LLC

*WIND DOWN & CHAPTER 7*

## PROFESSIONAL EXPERIENCE

### ON-SITE FUEL SERVICE



Based in Jackson MS., a regional leader and supplier of commercial mobile fueling and other fuel delivery services to a wide variety of blue-chip customers in numerous industries with $150 million in revenue.

- Engaged by Board of Directors to wind down and dissolve Company.

- Prepared expert opinion report for Chapter 7 trial.



### AURORA MODULAR INDUSTRIES

Privately owned contract manufacturer of modular buildings with manufacturing facilities in California with annual revenue of $100 million.



- Provided Trustee sport in the Chapter 7 filing resulted in Trustee including the management of manufacturing to complete in process work.

- Identified opportunities to sell plant and equipment.

- Negotiated with lenders and counter parties (unsecured creditors).

# Traverse LLC

## TRANSACTION & ACCOUNTING SUPPORT

Traverse professionals have proven results in identifying quantitative deal issues while performing financial and accounting due diligence (quality of earnings).  Our forensic accounting teams engage to assess purchase price adjustments.

Our approach focuses inquiry and analysis on the quality of the company's earnings. Our scope typically requires we execute a deep dive into the company's operations and financial position. We typically serve private equity buyers, strategic sellers and lenders. Traverse offers comprehensive due diligence advice and / or a customized approach when evaluating potential investment opportunities. Our team of Transaction Advisory professionals are able to lead and advise on all aspects of the investment cycle, whether a client is looking to acquire a company, sell a business, or obtain additional capital.

The Traverse Transaction Advisory team draws on their extensive experience in order to help clients across a variety of industries gain a better understanding of the value drivers of an opportunity and the associated risk factors. Whether representing buyers, sellers, or lenders, Traverse offers wide-ranging due diligence advice and hands-on support when evaluating a transaction.

The Traverse team also engages with constituents in investigative and other forensic accounting support services including senior and junior creditors, Unsecured creditor committees, Big 4 accounting firms and Private Equity Investors.



## RELATED SERVICES

- **FINANCIAL DUE DILIGENCE (QUALITY OF EARNINGS)**

- **TAX DUE DILIGENCE**

- **FORENSIC ACCOUNTING**

# Traverse LLC

## TRANSACTION ADVISORY SERVICES

## RELATED SERVICES

### FINANCIAL DUE DILIGENCE

- Your Traverse consultant will develop in depth work plans that are comprehensive; delivering insightful quality of earnings analysis. This process results in purchase price points of negotiation and adjustment.

- Our team is skilled at preparing Quality of Earnings (EBITDA) analysis with each step supported by underlying analysis.

- We provide a detailed review of the balance sheet, focusing on reserves and accruals and liabilities both on and off the balance sheet, as well as the quality of all assets.

- Traverse also analyze s the Company's accounting policies to include appropriateness of revenue recognition, reserves, and cost recognition.

### TAX DUE DILIGENCE

- Buy and Sell side tax due diligence support.

- Transaction structuring and related negotiation, both domestic and cross-border, including high value strategies such as IP migration.

- Purchase/sale agreement negotiation assistance (e.g., stock purchase agreements).

- Tax efficient exit strategy structuring.

- Post-transaction assistance, including executing on deal structure, tax remediation work and other post-transaction tasks such as make-whole computations, transaction cost analysis and filing special tax elections.

### ADDITIONAL SERVICES

- **Sell-side due diligence (to include assistance and preparation of management's adjustments to earnings) and vendor assistance.**

- **Carve-out and stand-alone analysis.**

- Investigative & Forensic Accounting.

- Free cash flow reconciliations and cash proofs.

- Four Wall Analysis

- Quality of net assets, completeness of liabilities.

- Analysis of financial forecasts.

- Purchase agreement support.

- Synergy identification.

- Closing and opening balance sheet compilations.

Exhibit 1, Page 28



# Traverse LLC

*TRANSACTION ADVISORY SERVICES – Sell Side Support*

## PROFESSIONAL EXPERIENCE



### EASTPORT HOLDINGS

Sell Side due-diligence effort for national media & advertising platform: Retained to prepare a sell side Quality of Earnings report to Support the Company's investment banker's efforts.

• Team evaluated historical full year earnings of partial year acquisitions

• Evaluated historical non recuring matters including bridge of FY 19 Earnings to FY 22 Earnings due to Covid 19.

• Prepared "net" add back to earnings totaling $10 million including certain "pro forma" adjustments.

• Core EBITDA increased from $20 million to $30 million on Normalized "pro forma" basis.

### PORCH. COM –
A vertical software platform for the home.

Retained to support the Company SPAC investment



• Provided Interim Controller to support CFO efforts to comply with uplift procedure in accordance with PCAOB requirements.

• Provided transaction advisory team to Review several historical acquisitions to normalize earnings for SPAC & PIPE investors.

• Worked closely with Deloitte auditors in support of the "Public Company" audit standards.

• Worked with valuations team in support of third party work.

Exhibit 1, Page 29

# Traverse LLC

## PROFESSIONAL EXPERIENCE



### SHAMROCK CAPITAL ADVISORS

Due-diligence for equity investments in the high-tech, media & entertainment verticals:

- **Real D** - A leading global licensor of stereoscopic 3D technologies.
- **Mosaic Digital Studios** - Motion picture post-production support, based in Burbank, CA with subsidiaries in the UK, Germany and France.
- **Thought Equity Motion** - Online intellectual property management based in Denver, CO.
- **Media Storm** - Multimedia advertising management based in Connecticut.
- **In Grooves** - Digital media distribution and marketing (iTunes aggregator) in San Francisco, CA.
- **Los Angeles Dodgers Baseball –** Assisted in the acquisition due diligence.
- **IMG** - Business carve out and joint venture of the Ticket Sales division.
- **Aston Villa Football Club** – Assisted in the acquisition due diligence

### CLARITAS CAPITAL

Due diligence advice across a broad base of industries:



- **Empyrean Benefit Services** - On-line benefit provider (Broker) based in Houston, TX.
  - Scope of initial diligence engagement expanded to include detail review of management forecasts.
- **Quick Pick Express** - Long Beach Port drayage and warehouse provider. Initially retained by Claritas Capital then by Comerica (senior lender) to provide further diligence analysis.
  - Interim CFO. During the initial diligence it was clear that this family owned business needed guidance through the overall purchase process. Comerica requested Traverse interim management to Quick Pick Express upon exit.
- **The Management Trust (TMT)** - Housing Association management based in Orange County, CA with managed properties and associations throughout the USA.
  - Retained by TMT post-deal to provide FP&A support.
- **Rubicon** – Disruptive technology based company based in Atlanta
  - Rubicon creates markets for refuse services through creative technology based bidding platform.



# Traverse LLC

*TRANSACTION SUPPORT & CFO SUPORT (Capital Raise)*

## PROFESSIONAL EXPERIENCE



### MORGAN KEEGAN MEZZANINE PARTNERS

Transaction due diligence support

- **Techniflex** - Reseller and maintenance provider to banking industry equipment.

- **Al Jon** - Manufacturer of scrap, auto recycling and solid waste equipment.

### CHATHAM CAPITAL

Transaction due diligence support

- **City Gear –** Apparel Retailer in Southeastern US
- **Bancsource –** Reseller of Banking machines and maintenance services
- **Techniflex –** Providers of technical support and maintenance services to the Banking Industry
- **Buffet Partners –** Multi unit restaurant chain based in Texas
- **Visual Edge Technology** - Minolta/Sharpe Distributor based in Ohio.



### VIRGIN GALACTIC

SPAC Support

- **Virgin Galactic** – provided support to CFO in preparation of initial public offering.

### HYUNDAI MERCHANT MARINE



- Forensic Accounting Support to HMM in support of the audit of HMM financial statements by PricewaterhouseCoppers.
- Reassessed over 40 long-term leases in accordance with GAAP impacting 8 large lenders resulting in defaults and debt restructuring.
- Scope included historical review of all cash transactions and financial reporting (classification / reclassification) on over 40 leases.

Exhibit 1, Page 31

# Traverse LLC

## PROFESSIONAL EXPERIENCE



### ASCENSION PROPERTY SERVICES

A portfolio company of Southworth Capital Management
Performed accounting due-diligence including quality of earnings analysis on the following acquisitions:

- **Liberty HVAC & Energy Services**
- **Southern Mechanical**
- **Bryant Electrical**
- **Phoenix Electrical**
- **Emory Electric**
- **Knights Mechanical**
- **TA Woods**
- **Intex Coating**
- National Networks

### FREEMONT WRIGHT

A portfolio company of Southworth Capital Management
Performed accounting due-diligence including quality of earnings analysis on the following acquisitions:



- **Hamilton Engineering**
- **Rim Rock Engineering**
- **LR Nelson Engineering**
- **Lochsa Engineering**
- **AM Engineering**
- **Triton Engineering**
- **Duell Engineering**
- **Harmsen Engineering**

- **Madden Morehouse & Stokes**
- **WGM Design**
- **Callaway Architecture**
- **IF Rooks & Associates**
- Albion Surveys Inc.
- Harmsen
- Colbert Matz & Rosenfeld
- HBG Design & **Architecture**



*TRANSACTION ADVISORY SERVICES*

# PROFESSIONAL EXPERIENCE



## SOUTHWORTH CAPITAL MANAGEMENT

Due-diligence for equity investments in the Engineering, Restaurant, Media, Building Services and Third Party Logistics

- **Five Guys** - Quality of Earnings and 4 wall analysis of multi-unit regional QSR
- **Vero Business Credit** – Transportation Factor in the 3PL vertical.
- **IF Rooks** – Regional Civil Engineering Firm
- **Hamilton Engineering** – Regional Civil Engineering Firm
- **JIT Transportation** – Regional integrated 3PL in Northern, CA.
- **South Gold –** Regional 3PL in South Florida
- **DiPinto** – Regional 3PL in New Jersey.
- **Majewski** – Transportation Broker and LTL logistics provider
- **Shiek Shoes -** Apparel Retailer in Southwestern US
- **Eastport Holdings** – Conducted QE and Diligence on 23 transactions closing 18.

## CAPITAL ALIGNMENT PARTNERS

Due diligence advice across a broad base of industries for this Mezzanine Lender:



- **Upstream** – Disruptive technology based company in the reverse logistics industry with concentration in Amazon
- **CNRG** – Financial due diligence and working capital analysis for multi-unit chain of hardware stores throughout the US operating under retail brand names.
- **Scoville** – Quality of Earnings Analysis for this recruiting service of compliance officers in the regulated banking industry.
- **ITS** – Quality of Earnings analysis for Montgomery Alabama based provider of large computer and network support system and services in the Southeast US.
- **Nutriquest** – Quality of Earnings for Iowa based business that develops for resale and, or, distribution under license agreement certain feed products in the Swine production industry.
- **Live Technologies** – Based in Columbus Ohio provides customers a turn-key solution for principally corporate events and entertainment support.

Exhibit 1, Page 33

# Traverse LLC

## Albert Altro, CPA, CIRA

**MANAGING DIRECTOR, CORPORATE RESTRUCTURING & TRANSACTION SUPPORT FOR TRAVERSE LLC**

| Email | Phone |
|---|---|
| albertaltro@traversellc.com | 310.809.5064 |

Mr. Altro brings over 28 years of experience in corporate restructuring, public accounting and executive management, and consulting, primarily in a leadership role. His experience spans a variety of industries and organizations, servicing primarily middle market privately held corporations, as well as debtors-in-possession, secured and unsecured creditors, private equity groups, and strategic buyers.  Mr Altro has held numerous leadership positions as Board Member, Officer (CFO, COO, CRO), Court Appointed Receiver, Assignee in the Assignment for the Benefit of Creditors and Examiner.  Prior to forming Traverse, Albert worked at KPMG in both the auditing group and the strategic consulting practice; he also was a Director at PricewaterhouseCoopers in the Transaction Services Group (Los Angeles) and also worked as a corporate restructuring advisor at Zolfo Cooper (acquired by Alix Partners).

### INDUSTRY EXPERTISE

- Restaurants & Retail
- Specialty Finance
- Healthcare
- Manufacturing
- Distribution
- Business Services
- Food Processing
- Energy
- Construction
- Media & Advertising
- Entertainment

### CERTIFICATIONS & LICENSES

- **Certified Public Accountant** (CPA)
- **Certified Insolvency Restructuring Advisor** (CIRA)

### EDUCATION & MILITARY EXPERIENCE

- **BS Accounting** – Long Beach State
- **US Army Active Duty** – 75th Infantry Ranger (Airborne)
- **US Army Reserves** – Command Sergeant Major (Retired)

### BOARD & ASSOCIATION EXPERIENCE

- Turnaround Management Association (TMA)
- Association of Insolvency and Restructuring Advisors (AIRA)
- Former Board Member:
  - Bumble Bee Foods
  - Lovers Stores
  - The Corporate Presence
  - Aurora Modular Industries

### RECENT ENGAGEMENTS:

- Engaged by Private Credit investor in muti unit provider of services to perform business assessment and turn around plan.
- Engaged as CFO and financial advisor to high end restaurant chain based in New York City
- Served as Chief Restructuring Officer for a middle market retailer in its chapter 11 proceedings and as Interim Chief Operating Officer during the transition to new management team.
- Engaged as CRO & CFO for a Business Services Company with National presence in multiple industry verticals.
- Engaged as CRO of a regional manufacturer and supplier of industrial water pumps to the commercial and agricultural sectors.  Assumed CFO role upon resignation of incumbent CFO.
- Advised & Assisted Virgin Atlantic and Porch.com on their respective SPAC efforts.
- Engaged as Assignee to operate and wind down a general contractor responsible for offshore oil well decommissioning.  Converted assignment to liquidating Chapter 11 and assumed role of CRO.
- Engages as CRO and later Receiver of a specialty finance company providing factoring of accounts receivable and purchase order finance to the third party logistics industry.
- Engaged as CRO & CFO of a Swimwear Company restructuring both operations and capital structure.
- Appointed Receiver of a provider of fabricated special construction projects including bridge structures and overhead tubular sign structures.

Exhibit 1, Page 34

# Traverse LLC

## ABOUT US  -  EXECUTIVE ROSTER

# John Buck

**CORPORATE RESTRUCTURING, TRANSACTION SUPPORT AND INTERIM MANAGEMENT**

| Email | Phone |
|-------|-------|
| johnbuck@traversellc.com | 267.288.8691 |

John brings over 20 years of experience in business transformation, M&A, and financial leadership. His experience spans a variety of business sectors primarily in middle-market privately held corporations undergoing transition due to poor leadership, lack of liquidity or excessive debt. In his most recent engagements, he served as interim CFO for an entrepreneur-owned healthcare SAAS provider, led M&A for a private equity-owned healthcare data provider, and served as Chief of Staff to the CEO for a private equity-owned data services company servicing the commercial construction industry.

Mr. Buck co-led the middle-market investment strategy at DW Partners where he invested in the debt and equity of middle-market companies and successfully deployed over $300 million in capital.  Prior to DW Partners, he was a member of the investment teams at Versa Capital and Cerberus Capital Management.

**INDUSTRY EXPERTISE**
- Restaurants & Retail
- Transportation
- Business Services
- Specialty Finance
- Healthcare
- SAAS

**EDUCATION**
- **BSE**– University of Pennsylvania
- **MBA**– Fox School of Business, Temple University, Beta Gamma Sigma
- **MA**– Villanova University
- **Adjunct Professor**– Villanova University

**BOARDS & ASSOCIATIONS**
- Turnaround Management Association (TMA)
- American Bankruptcy Institute (ABI)
- Project Magis – Founder & Board
- Paramount Building Solutions – Board Member

### RECENT ENGAGEMENTS:

- Engaged as interim CFO for small company as fractional CFO.
- Led due diligence and quality of earnings on $270  million dollar purchase for a strategic buyer.
- Led Due Diligence and quality of earnings efforts in the purchase of an intermodal Company in Houston fr PE back platform.
- Led multiple CFO reporting requirements as investment manager for private equity.
.

Exhibit 1, Page 35

# Traverse LLC

ABOUT US  -  EXECUTIVE ROSTER

# Robert Tormey, CPA, CIRA, CTP

**SENIOR DIRECTOR - INTERIM MANAGEMENT & CORPORATE RESTRUCTURING**

| Email | Phone |
|-------|-------|
| roberttormey@traversellc.com | 909.214.2236c |

Mr. Tormey brings over 30 years of knowledge and experience leading, managing and consulting to a variety of organizations to the Traverse team. He is an experienced Chief Financial Officer and Financial Advisor who has supported numerous private equity sponsors and Lender Groups, in both Chief Financial Officer and Financial Advisory roles. Bob has managed both development stage and growth companies, supporting operational turnarounds, financial recapitalizations, leveraged buyouts and acquisitions integration efforts.

Prior to joining the executive roster at Traverse LLC, Bob was a partner with financial advisory firm, Tatum Partners for over 10 years. In addition, he served was at Arthur Andersen & Co.

## INDUSTRY EXPERTISE

- Aerospace
- Manufacturing
- Consumer Goods
- Hospitality
- Travel & Leisure
- Education
- Agriculture
- Retail Cosmetics

## EDUCATION

- **BA**, English Literature, Loyola Marymount University
- **MBA**, Cornell University

## CERTIFICATIONS & LICENSES

- **Certified Public Accountant**
- **Certified Turn Around Professional**
- **Certified Insolvency and Restructuring Advisor**

## RECENT ENGAGEMENTS:

**BH Cosmetics – Chief Financial Officer**
- Managed BH Cosmetics LLC, a portfolio company of Mid Ocean Partners, through Chapter 11 process including sale of Assets to European Acquiror.

Bruce Elieff – Financial Advisor to Committee of Unsecured Creditors
- Advisor to Counsel involving liquidation of multiple real estate  assets and resolution of complex claims.

**Santier -** Interim Chief Financial Officer.
- Negotiated consolidation of facilities with landlord reducing facilities costs $350K/year.
- Outsourced production functions at  savings of $1M/year.
- Implemented changes in benefit programs, vacation and sick pay policies  reducing costs $200K/year.
- Established 13-week cash flow disciplines, working capital initiatives and annual budgeting disciplines.
- Restructuring resulted in successful sale of Santier by Equity Sponsor – The COURTNEY GROUP.

**Financial Advisor – Vintage Capital**
- **Advised PCA Aerospace  through $2MM recapitalization by Equity Sponsor and Senior Lender**

- **ATS Systems – M**anagement assessment of Bushing Manufacturer resulting in replacement of Chief Financial Officer and operating recommendations. Changes allowed for successful sale of Company.

Exhibit 1, Page 36

# Traverse LLC

## ABOUT US  -  EXECUTIVE ROSTER

# Kieran McGarrell, ACMA, CIRA.

**SENIOR DIRECTOR, TRANSACTION SERVICES AND CORPORATE RESTRUCTURING**

| Email | Phone |
|---|---|
| kieranmcgarrell@traversellc.com | 949.230.6993 |

Kieran is a seasoned Financial Leader experienced in all aspects of Finance and Operations. He has served in multiple leadership roles including Chief Financial Officer, Chief Restructuring Officer and Operations Director and has over 20 years experience. He has an extensive background in M&A, Turnaround and Corporate Restructurings, Cash Flow and Working Capital Optimization, Risk Management, Supply Chain, Inventory Management, FP&A and Strategic Planning.

Prior to joining Traverse in 2007, Kieran served for 12 years as CFO and Vice President of Finance for various Smiths Group plc companies. During this time, Kieran led financial due diligence on numerous acquisitions and led operational turnarounds at two Aerospace Manufacturers. Championed numerous business process -engineering, Lean manufacturing, ERP implementations and FP&A improvements, supporting Smiths Group directive driving continual improvement.

## INDUSTRY EXPERTISE

- Aerospace
- Business Services
- Consumer Products
- Distribution
- Financial Services
- Technology
- Process Manufacturing
- Media
- Retail

## CERTIFICATIONS & LICENSES

- **Associate, Chartered Institute of Management Accountants** (CIMA), England)

## EDUCATION

- **BS**, Industrial Business Systems – De Montfort University, Leicester, England

## BOARDS & ASSOCIATIONS

- Certified Insolvency and Restructuring Advisor (CIRA)
- Association of Insolvency and Restructuring Advisors (AIRA)
- Chartered Institute of Management Accountants (ACMA) and (CGMA), England
- Turnaround Management Association

Exhibit 1, Page 37

## RECENT ENGAGEMENTS:

- **CFO & Advisor** - One Aviation, a Light Jet Manufacturer, retained to guide management with preparation and execution of operational and financial turnaround .

- **CFO** - Vero Business Capital,  a transport factoring company. Retained by buyer to conduct due diligence of Enoble Business Capital, once aquired was retained as CFO.

- **CRO** - TS3 Technology, Aerospace manufacturer, managed sales process and ultimate liquidation of business (multiple facilities)

- **CFO -** D6 Apparel LA based clothing distributor, completed forbearance negotiation and 'carve out' of loss making division.

- **Court Appointed Receiver-** Arizona Structure Technologies, managed business as going concern during sale process. Retained post sale as interim CFO / COO.

- **CFO -** The Corporate Presence, out of-court workout including the negotiation and restructuring of existing bank debts and operational turnaround.

- **Turnaround Advisor** - Goglanian Bakeries, a process manufacture, Led operational restructuring, advised on organic growth initiatives and due diligence/post-acquisition integration support.

# Traverse LLC

*ABOUT US  -  EXECUTIVE ROSTER*

## Kitty Cheng, CPA, MBT

**DIRECTOR, TAXATION**

| Email | Phone |
|---|---|
| kittycheng@traversellc.com | 626.381.9229 |

Kitty Cheng brings over 25 years of tax consulting experience to Traverse LLC. She specialized in tax issues related to mergers & acquisitions, reorganization and restructuring, as well as issues unique to debtors, creditors and equity holders in bankruptcy proceedings. Focusing on taxation, mergers and acquisitions, her clientele includes both private equity firms and strategic buyers who look to expand market presence.

Prior to joining the team at Traverse, Kitty served as Tax Director at PricewaterhouseCoopers for over twelve years in the Mergers & Acquisition Group. She later became a Tax Partner at Grobstein Horwath.

**INDUSTRY EXPERTISE**

- High tech
- Entertainment
- Manufacturing
- Retail
- Food processing
- Healthcare

**EDUCATION**

- **BA**, Accounting – University of Washington

- **Masters**, Business Taxation – USC

**CERTIFICATIONS & LICENSES**

- **Certified Public Accountant** (CPA)

**RECENT ENGAGEMENTS:**

- Serving as Tax Advisor to Virgin Galactic in support of its public reporting responsibilities.

- Providing ongoing advisory support to Traverse due diligence teams in their respective quality of earnings (QE) projects.

- Served as **Tax Advisor** for Goglanian Bakeries Inc. Prepared 338(h)10 analysis and cross border restructuring.

- Engaged as **Tax Advisor** to The Corporate Presence. Resolved international and domestic tax disputes arising out of the company's out of court restructuring.

Exhibit 1, Page 38

# Traverse LLC

*ABOUT US  -  EXECUTIVE ROSTER*

## Jerry DeCiccio, CPA

**DIRECTOR**, INTERIM MANAGEMENT & TRANSACTION SERVICES

| Email | Phone |
|-------|-------|
| jerrydeciccio@traversellc.com | |

Mr. DeCiccio is an experienced finance professional with more than 30 years of professional experience that includes serving in management roles in industry and the Big 4. Jerry's focus at Traverse has been on interim financial management roles and transaction support.  Jerry recently finished a 9 month assignment assisting the finance group at Hyundai Merchant Marine of America.  Jerry is currently working on a project with Virgin Galactic on several accounting matters in support of Virgin's public reporting requirements.

Prior to joining Traverse, Jerry had 25 years of experience working in publicly traded companies including President at Cerebain Biotech Corp. (OTCBB) pre-revenue, CFO/COO at Intech Electromechanical (NASDAQ) $250 million, CFO/COO at GTC Telecom (AMEX) $50 million, and CFO at Incomnet Communications (NASDAQ) $175 million.  Mr. DeCiccio also served as CFO/COO at BrandFX, Controller at Parker Hannifin Corp. (NYSE), Waste Management Inc. (NYSE), Newport Corp. (NASDAQ), and Ritz Interactive (prepped for and prepared S1).  Acted as advisor in establishing accounting practices for complicated accounts payable system.

### INDUSTRY EXPERTISE

- Aerospace & Defense
- Business Services
- Manufacturing
- Retail
- Healthcare
- Biotech & Pharma

### EDUCATION

- **BS**, Accounting, Loma Linda University

- **MBA**, Finance and Systems Technology, University of Southern California

### CERTIFICATIONS & LICENSES

- **Certified Public Accountant**
- **APICS**

### RECENT ENGAGEMENTS:

- Interim CFO for a small business services company due based in Phoenix. Traverse retained by the Private equity owners to the abrupt resignation off the incumbent CFO.

- CFO/COO – Brand FX, implemented new company-wide MRP system, reconfigured one plant to triple the manufacturing capacity and increase revenue from $75 million to $140 million, found errors in Workers' Compensation resulting in savings of over $800 million.

- CFO/COO – Intech Corp., implemented new company-wide MRP system, increased revenues over 400% from $62 million to $250 million, increased working capital over 300%, and obtained over $4 million in tax credits.

- Over the past four years, have been responsible for audit readiness and preparation of initial public offering filings (Form S-1) for eight companies, as well as Form 10-Q and 10-K filings.

- Responsible for the bankruptcy filings and compliance at two companies

Exhibit 1, Page 39

# Traverse LLC

## ABOUT US  -  EXECUTIVE ROSTER

# Timothy Walker, CPA

**MANAGER, TRANSACTION SERVICES AND CORPORATE RESTRUCTURING**

### Email
timwalker@traversellc.com

Timothy Walker has over 20 years of professional experience in Controller and VP Finance roles, a significant portion of that experience within manufacturing environments to include food production, technology, glass and aluminum containers and polypropylene and polyester based non woven fabrics..

During his 2+ year tenure with Traverse, Tim has provided guidance in implementing and enhancing accounting controls for financial services companies and aircraft manufacturing. His experience also includes transaction support engagements for various public and private industries to include construction, logistics, engineering services, power equipment manufacturing, and financial services.

Prior to joining the team at Traverse, Tim's professional experience includes accounting and finance positions with Molson Coors, Waste Management, Fiberweb/Berry Plastics and Perdue Farms were he managed financial and accounting teams to include operational reporting and manufacturing KPI's.

### INDUSTRY EXPERTISE

- Logistics
- Manufacturing Food
- Manufacturing Specialty
- Specialty Financial Services
- Waste Management
- Manufacturing Glass
- Manufacturing Aluminum

### LICENSES

- **Certified Public Accountant, State of Tennessee.**

### EDUCATION

- **BA**, Economics – Washington University, St. Louis, MO.
- **MBA**, University of Denver, Denver CO.

### ASSOCIATIONS

- American Institute of Certified Public Accountants
- Turnaround Management Association

Exhibit 1, Page 40

## RECENT ENGAGEMENTS:

- Restructuring Advisor and Interim Corporate Controller to Eclipse Aerospace (light jet aircraft manufacturer).  The engagement included implementing 13 week cash flows, financial models, day to day accounting functions, reporting and cash management.

- Interim Controller for Vero Business Capital a transportation factoring company. The engagement focused on creating internal financial controls, financial reporting and lender relations.

- Controller/VP – TS3 a printed circuit board and wire harness specialty manufacturer **primarily** to oil and gas, defense and utility industries. Responsible for monthly accounting and financial reporting to BOD and external stakeholders.

- Treasury Manager – North American operations for Fiberweb Inc., an international manufacturer of non-woven fabrics.  In addition to cash management, reporting and bank relationships, significant role in budgeting and planning for the manufacturing operations.

- Regional Controller/Accounting Manager for Perdue Farms, a privately held, vertically integrated poultry company.  Responsible for multi-plant process cost accounting overhaul, KPI reporting, production variance reporting, product pricing and process improvement teams.

- Sr. Analyst, Accounting Manager for Molson Coors Brewing Company with rotational roles at the world's largest aluminum can plant, Coors glass plant and brewery operations.

# Traverse LLC

## ABOUT US  -  EXECUTIVE ROSTER

# Alex Khansa

**ASSOCIATE DIRECTOR, TRANSACTION SERVICES AND CORPORATE RESTRUCTURING**

| Email | Phone |
|-------|-------|
| alexkhansa@traversellc.com | (562) 242-6685 |

Mr. Khansa has 14 years of experience in corporate finance and strategy.

Prior to joining Traverse, Mr. Khansa served as an Associate Director of Corporate Development and Strategy at Golub Capital, a $40 billion asset management firm with a focus on private credit. Prior thereto, he served for seven years at Oaktree Capital Management, most recently as a Vice President, focusing on financial planning and analysis, fund development, investor relations, mergers and acquisitions, budgeting and other strategic initiatives.

Mr. Khansa worked on high-profile restructuring cases as a consultant with FTI Consulting. Some of his most notable engagements include American Apparel, American Suzuki Motor Cop. And Morgan Stanley Real Estate Fund's portfolio of hospitality properties.

### INDUSTRY EXPERTISE

- Asset Management
- Transportation
- Healthcare
- Retail
- Real Estate

### EDUCATION

- **BS with Honors**, Finance and Strategy, University of Southern California

### CERTIFICATIONS & LICENSES

- **Chartered Risk Analyst**

### RECENT ENGAGEMENTS:

- Established Oaktree's first budget in 2015 and lead the process for 32 departments totaling approximately $350 million. Partnered with business-unit leaders to align their spend and budget cuts with strategic growth areas.

- Oversaw a cross-departmental project to analyze the allocation of indirect expenses to Oaktree's funds and identified under allocations which resulted in over two million dollars of recouped expenses for the management company.

- Led a review of Oaktree's APAC operations and developed breakeven targets for fundraising and capital deployment which led to a restructuring of resources and the closure/downsizing of two offices.

- Automated Oaktree's forecast and allocation processes by utilizing new system implementations, database integration and reporting architecture.

- Co-architect a $1bn separately managed account (SMA) for Golub Capital to meet a client's complex regulatory requirements and  investment strategy.

- Lead Golub Capital's efforts to expand its fundraising into Europe and determine the best strategy for passporting, distribution and structuring.

- Generated a complex financial forecast model for American Suzuki Motor Corp. in support of the CRO for the purposes of restructuring, valuation, DIP loan sizing, plan feasibility, budget-versus-actual analysis, covenant compliance and thirteen-week cash flow forecast.

Exhibit 1, Page 41

# Traverse LLC

## ABOUT US  -  EXECUTIVE ROSTER

# Clay Harshbarger

**MANAGER,  CORPORATE RESTRUCTURING**

| Email | Phone |
|-------|-------|
| clayharshbarger@traversellc.com | 901-355-4807 |

Mr. Harshbarger has over 20 years experience in accounting management positions.  Clay's focus at Traverse has been on interim financial management roles and financial planning and analysis.

Prior to joining Traverse in 2015, Clay served as Controller of City Gear LLC where he managed the conversion of the accounting system to Sage. Also the conversion of the POS system to RetailPro and the integration of two acquired chains to City Gear systems. He also did interim financial management through Robert Half for an HVAC manufacturer and a Medical device Manufacturer. He held various accounting positions at AutoZone Inc. for 15 years most recently as Director of Merchandise accounting. While at AutoZone Clay lead the integration of inventory accounting on the Auto Palace and Chief Auto parts acquisitions.

**INDUSTRY EXPERTISE**

- Distribution
- Financial Services
- Manufacturing
- Retail
- Healthcare
- Business Services

**EDUCATION**

- **BBA** Accounting, University of Memphis

**SOFTWARE:**

- PeopleSoft,
- Great Plains,
- Sage,
- MS Office

**RECENT ENGAGEMENTS:**

- Peekay Boutiques, Joined the CRO on this Chapter 11 reorganization and developed financial planning model

- Retained at OnSite Fuel Service as Controller.  OnSite a portfolio company of Capitala and Harbert as both Equity and Debt capital providers.

- Developed financial planning model, 13 week cash flow and Monthly management reporting for Vero Business Credit.  Traverse provided advice and interim management to Memphis based family fund in the acquisition of Vero formerly known as Enoble Business Credit a factoring solution for transportation companies.

- Retained by Paramount Cleaning Solutions, as Interim Controller and developed financial planning model, 13 week cash flow and Monthly management reporting.  Supported the Company's Chapter 11 filling and related credit bid by DW Partners (New York based hedge fund)

- Hibbett Sports, Assisted the initial SOX implementation for the acquired company City Gear by the  Identification of controls, Performing walkthroughs to test design and control effectiveness, and  the evaluation of entity level controls.

- Interim Controller for Modo Health care a SaaS start up based in Nashville.

Exhibit 1, Page 42

# Selected Experience & Qualification

*CLIENTS, PARTNERS, PROJECTS*

## TRAVERSE HAS SUCCESSFULLY WORKED WITH AND ADVISED COMPANIES ACROSS A VARIETY OF INDUSTRIES































Exhibit 1, Page 43

# Traverse LLC

## CONTACT

To find out more about how Traverse LLC can help your organization navigate through changing business dynamics, please contact us directly for additional information about any of our services.



### OFFICE LOCATIONS

**Nashville**
109 Westpark Drive Suite 310
Brentwood, TN 37027

**Los Angeles | Orange County**
300 Spectrum Center Drive Suite 400
Irvine, CA. 92618

**Memphis**
813 Ridge Lake Blvd Suite 400
Memphis, TN 38120

**Dallas**
1920 McKinney Ave, Suite 700
Dallas, TX 75201

**New York City**
28 Liberty St Suite 600
New York, NY 10005

### Albert Altro

**P:** 310.809.5064
**E:** albertaltro@traversellc.com

# Exhibit B

February 16, 2024

<u>**CONFIDENTIAL**</u>

Mohamad Hadid, Manager
TREELANE, INC.
300 Spectrum Center Drive Suite 400
Irvine CA. 92618

Dear Mr. Hadid:

This letter (the "Engagement Agreement") confirms the engagement of Traverse, LLC ("Traverse") by TREELANE, LLC .and its subsidiaries (the "Company") to provide restructuring consulting services, including the appointment of Albert Altro, as Chief Restructuring Officer ("CRO"). Traverse's role as restructuring consultant will include, but not limited to, the matters discussed below.

1) Coordinate with Company on pre-bankruptcy actions to date and assist in the on-going pre-bankruptcy planning efforts underway to include:

    a) Preparation of procedures and protocols to operate in a Chapter 11 Bankruptcy.

    b) Supporting the Company with all pleadings and reporting requirements in Chapter 11, including, but not limited to, initial and monthly operating reports, schedules of assets and liabilities and statement of financial affairs.

    c) Coordinating with the Company's communication consultants and assisting with the Company's communications plan regarding the Chapter 11 Bankruptcy.

    d) Assisting with reporting to key constituencies regarding the Chapter 11 Bankruptcy.

    e) Assisting with the development of the business plan in connection with the proposed sale.

    f) Assisting with liquidity management and cash flow forecasting including the preparation of a Debtor in Possession Budget.

    g) Supervising the General Contractor and related construction personnel

    h) Communicating with the DIP Lender

2) Assist with management of the Company's vendors and suppliers in connection with the Chapter 11 Bankruptcy.

3) Coordinate with the Company's Investment Bankers and or Real Estate Brokers and assist in the sale of the Company and or Assets.

In addition to the specific services listed above that we will perform, we understand that we will participate, at your request and to the extent appropriate, in meetings and discussions with appropriate parties and their representative relating to the Company's restructuring.



Traverse is a firm that provides turnaround, crisis management, and financial advisory services. In some cases, Traverse provides these services as advisors to management, in other cases one or more of its staff serve as corporate officers and other of its staff fill positions as full time or

part time employees ("crisis manager"). To be clear this engagement letter sets forth Traverse's engagement as restructuring crisis manager. In the event the Company files for chapter 11 relief under Title 11 of the United States Code (the "Bankruptcy Code"), the Company shall retain Traverse under Bankruptcy Code section 363.

The application of Traverse shall disclose the individuals identified for executive officer positions as well as the names and proposed functions of any additional staff to be furnished by Traverse.

Mr. Altro's engagement as CRO is subject to the express approval of the Company's board of managers whose members are performing their duties and obligations under applicable law and will act under the direction, control and guidance of the Board and shall serve at the Board's pleasure.

We understand that our work in providing such assistance will be performed in accordance with applicable standards of the accounting and restructuring profession and will include, at your request, reading and analyzing documents, discussing issues and assumptions with and advising you regarding the factual issues, concepts and perspectives that appear to us to be the most important factors bearing on the determinations at issue.

We understand that we will be performing only those services directed by the Company's Manager. We are to perform such procedures as are necessary and appropriate in the circumstances as to which we mutually agree.

It is our intention to work closely with you throughout this engagement. Regular discussions with you of our engagement should facilitate our progress and provide you with relevant information and an ongoing opportunity to confirm or request that we modify the scope of our engagement to best serve your objectives.

In order for us to perform our services, it will be necessary for us to have access to your facilities and to certain books, records and reports of TREELANE, LLC. and affiliated organizations. We will perform our services in a manner that will permit the business operations of TREELANE, LLC. to proceed in an orderly fashion, subject to the requirements of this engagement. We understand that you have briefed members of management and other advisors as to the scope of this engagement and they have agreed to cooperate with us and our team and to make available to us their personnel, books, records and other data sources relevant to our needs.

Traverse acknowledges that, in connection with the services to be provided pursuant to this Engagement Agreement, certain confidential, non-public and proprietary information concerning the Company ("Confidential Information") has been or may be disclosed by the Company to Traverse or its employees, affiliates, attorneys, subcontractors and advisors (collectively, "Representatives"). Traverse agrees that, without the Company's prior consent, no Confidential Information will be disclosed, in whole or in part, to (i) those Representatives who need access to any Confidential Information for purposes of performing the services to be provided hereunder, or (ii) as may be required by law or regulatory authority, provided that, in the case of clause (ii), to the extent legally permissible, Traverse shall cooperate with the Company in seeking, in order to prevent or limit disclosure of Confidential Information, a protective order or other appropriate remedy pursuant to the relevant procedures under any applicable laws and regulations; if, failing the entry of a protective order or other appropriate remedy, disclosure of any Confidential Information is required, Traverse may only disclose that portion of Confidential Information that its counsel advises it is compelled to disclose; and Traverse shall provide, prior to making such disclosure, prompt notice to the Company that such disclosure is required upon becoming aware of such requirement. The term "Confidential Information" does not include any information: (a) that was already in the possession of Traverse or any of its Representatives, or that was available to Traverse or any of its Representatives on a non-confidential basis, prior to the time of disclosure to Traverse or such Representatives; (b) obtained by Traverse or any of its Representatives from a third person which, insofar as is known to Traverse or such Representatives, is not subject to any prohibition against disclosure; (c) which was or is independently developed by Traverse or any of its Representatives without violating any confidentiality obligations under this paragraph; or (d) which was or becomes generally available to the public through no fault of Traverse. The obligations set forth in this paragraph shall remain in effect for a period of twelve months after the expiration or termination of this Engagement Agreement.



Our work will be performed on a "level-of-effort" basis; that is, the depth of our analyses and extent of our authentication of the information on which our advice to you will be predicated may be limited in some respects due to the extent and sufficiency of available information, time constraints dictated by the circumstances of our engagement, and other factors. Moreover, we do not contemplate examining any such information in accordance with generally accepted auditing or attestation standards. Rather, it is understood that, in general, we rely on information disclosed or supplied to us by you or by employees and representatives of the Company without audit or other detailed verification of their accuracy and validity.

Traverse shall charge a monthly fee of $25,000 for Mr. Altro. In addition, Traverse will charge its standard hourly rates for any additional Traverse employees assigned to this engagement.

Our hourly rate for work of this nature for Managing Directors is $495 per hour and rates will range between $275 - $395 per hour for Managers and Directors. Rates are based on the relevant skills and experience of the individual team members.

We will also be reimbursed for our reasonable out-of-pocket expenses including, but not limited to, travel, meals and lodging, delivery services, costs of reproduction, and other related expenses. We will submit weekly invoices for services rendered and expenses incurred. Our invoices are payable upon receipt.

It is our policy in these cases to receive a security retainer prior to the commencement of our activities to be held by us throughout this engagement. The retainer secures final payment of our invoices for services rendered. Given the magnitude and scope of the services you have requested, we require an advance of $20,000. This advance will be returned to the Company upon payment in full of our outstanding invoices or applied to any outstanding invoices at the conclusion of this engagement.

TREELANE, LLC agrees to indemnify and hold harmless Traverse LLC, Albert Altro and those in his employ (the "Indemnified Parties") to the fullest extent lawful from any and all losses, claims, damages, liabilities, penalties, judgments, awards, costs, fees, expenses and disbursements including, without limitation, the costs, fees, expenses and disbursements, as and when incurred, of investigating, preparing or defending any action, suit, proceeding or investigation (whether or not in connection with proceedings or litigation in which Albert Altro is a party), directly or indirectly, caused by, relating to, based upon, arising out of or in connection with the engagement of Traverse or Mr. Altro by the Company or any services rendered pursuant to such engagement, provided, however, that the Company shall not be responsible for any losses, claims, damages, liabilities or expenses of any Indemnified Party to the extent they are caused by the Indemnified Parties' bad faith, willful misconduct or gross negligence.

The Company agrees that Traverse, Albert Altro and his personnel engaged in this matter will not be liable to the Company for any claims, liabilities, or expenses relating to this engagement in excess of the fees paid by them to Albert Altro pursuant to this engagement, unless there is a final non-appealable order of a Court of competent jurisdiction, at the trial level, finding Traverse or Mr. Altro directly liable for bad faith, gross negligence or willful misconduct.

The limitation on liability and indemnification contained in this engagement letter shall survive the completion or termination of this engagement.

The Company, Traverse and Mr. Altro hereby irrevocably and unconditionally (a) submits for themselves and their property in any legal action or proceeding relating to this Engagement Agreement, to the non-exclusive general jurisdiction of the Courts of the State of California.



Notwithstanding anything to the contrary contained herein, Traverse LLC and Mr. Altro shall have the right to disclose its retention by the Company or the successful completion of its services hereunder in internal marketing materials only.

I look forward to working with you on this important matter. Please return a copy of this engagement letter, signed in the space provided to signify your agreement with the terms and provisions herein. If you have any questions, please call Albert Altro at (310) 809-5064.

Sincerely,

Albert Altro
Traverse LLC

Agreed by:

TREELANE, LLC

By:

Mohamad Hadid, Manager

5