ROBYN B. SOKOL (State Bar No. 159506)
robyn.sokol@stinson.com
STINSON LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: 310.730.7020
Facsimile: 310.730.7019

Attorney for Tree Lane LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Tree Lane LLC,<br><br>        Debtor. | Case No. 2:24-bk-13201-BB<br>Chapter 11<br><br>**NOTICE OF REDLINED CHANGES TO THE DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY DEBTOR TREE LANE LLC AND SKYLARK (UK) SERVICER, LLC AND CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY DEBTOR TREE LANE LLC AND SKYLARK (UK) SERVICER, LLC**<br><br>Date:     March 11, 2026<br>Time:    1:00 p.m.<br>Crtrm.:  1539<br>           The Edward Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, California |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE;**

**THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES**:

     **PLEASE TAKE NOTICE THAT** attached hereto as **Exhibit A** and **B**, respectively are

redlined changes made to the *Disclosure Statement Describing Chapter 11 Plan of Liquidation*

*Proposed by Debtor Tree Lane LLC And Skylark (UK) Servicer, LLC* [Dkt. No. 318] ("**Disclosure**

**Statement**") and the *Chapter 11 Plan of Liquidation Proposed by Debtor Tree Lane LLC And*

*Skylark (UK) Servicer, LLC* [Dkt. No. 317] ("**Plan**").

CORE/3535766.0002/239600425.1                    1

**PLEASE TAKE NOTICE THAT** the changes set forth in **Exhibit A** and **Exhibit B** to the Disclosure Statement and Plan were made at the request of the U.S. Trustee.

DATED:  March 6, 2026                    STINSON LLP


                                         By:    _/s/ Robyn B. Sokol_
                                                ROBYN B. SOKOL
                                                Attorney for Tree Lane, LLC

# Exhibit A

such Executory Contracts or Unexpired Leases. In particular, notwithstanding any non-bankruptcy law to the contrary, the Debtor (for itself and for its successors) expressly reserves and does not waive any right to receive, or any continuing obligation of a counterparty to provide, warranties or continued maintenance obligations on goods previously purchased by the Debtor, contracting from counterparties to rejected Executory Contracts or Unexpired Leases.

**5.** ~~**Indemnification Provisions**~~**Insurance Policies.**

Notwithstanding anything to the contrary in this Plan, objection to any Claim, or any other document related to any of the foregoing, all insurance policies pursuant to which Debtor has any obligations in effect as of the Effective Date shall be deemed and treated as executory contracts pursuant to the Plan and shall be assumed by Debtor or the Liquidating Trustee, as applicable, and shall continue in full force and effect thereafter in accordance with their respective terms.

~~All Indemnification Provisions, consistent with applicable law, currently in place (whether in the bylaws, certificates of incorporation or formation, limited liability company agreements, other organizational documents, board resolutions, indemnification agreements, employment contracts, or otherwise) for the current and former members, directors, officers, managers, employees, attorneys, accountants, investment bankers, and other Professionals of the Debtor, as applicable, shall be Reinstated and remain intact, irrevocable, and shall survive the Effective Date on terms no less favorable to such current and former directors, officers, managers, employees, attorneys, accountants, investment bankers, and other Professionals of the Debtor than the Indemnification Provisions in place prior to the Effective Date.~~

~~The Debtor shall not terminate or otherwise reduce the coverage under any members', directors' and officers' insurance policies (including the "tail policy") in effect prior to the Effective Date, and any members, directors and officers of the Debtor who served in such capacity at any time before or after the Effective Date shall be entitled to the full benefits of any such policy for the full term of such policy regardless of whether such members, directors and/or officers remain in such positions after the Effective Date. Notwithstanding anything herein to the~~

contrary, the Debtor shall retain the ability to supplement such members, directors' and officers' insurance policies as the Debtor deems necessary, including purchasing any tail coverage.

**6.      Modifications, Amendments, Supplements, Restatements, or Other Agreements.**

Unless otherwise provided in the Plan, each assumed and assigned Executory Contract or Unexpired Lease shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtor during the Chapter 11 Case shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

**7.      Reservation of Rights.**

Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Schedule of Assumed Executory Contracts and Unexpired Leases or the Schedule of Rejected Executory Contracts and Unexpired Leases, nor anything contained in the Plan, shall constitute an admission by the Debtor that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that any of the Debtor has any liability thereunder. If there is a dispute regarding whether a contract or lease is or was executory or unexpired at the time of assumption or rejection, the Debtor, as applicable, shall have 45 days following entry of a Final Order resolving such dispute to alter its treatment of such contract or lease under the Plan.

# Exhibit B

be deemed Disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court.

**D.      Preexisting Obligations to the Debtor under Executory Contracts and Unexpired Leases.**

Rejection of any Executory Contract or Unexpired Lease, pursuant to the Plan or otherwise, shall not constitute a termination of preexisting obligations owed to the Debtor under such Executory Contracts or Unexpired Leases. In particular, notwithstanding any non-bankruptcy law to the contrary, the Debtor (for itself and for its successors) expressly reserves and does not waive any right to receive, or any continuing obligation of a counterparty to provide, warranties or continued maintenance obligations on goods previously purchased by the Debtor, contracting from counterparties to rejected Executory Contracts or Unexpired Leases.

**E.      ~~Indemnification Provisions~~Insurance Policies.**

Notwithstanding anything to the contrary in this Plan, objection to any Claim, or any other document related to any of the foregoing, all insurance policies pursuant to which Debtor has any obligations in effect as of the Effective Date shall be deemed and treated as executory contracts pursuant to the Plan and shall be assumed by Debtor or the Liquidating Trustee, as applicable, and shall continue in full force and effect thereafter in accordance with their respective terms.

~~All Indemnification Provisions, consistent with applicable law, currently in place (whether in the bylaws, certificates of incorporation or formation, limited liability company agreements, other organizational documents, board resolutions, indemnification agreements, employment contracts, or otherwise) for the current and former members, directors, officers, managers, employees, attorneys, accountants, investment bankers, and other Professionals of the Debtor, as applicable, shall be Reinstated and remain intact, irrevocable, and shall survive the Effective Date on terms no less favorable to such current and former directors, officers,~~

CORE/3535766.0002/236701133.4                53

managers, employees, attorneys, accountants, investment bankers, and other Professionals of the Debtor than the Indemnification Provisions in place prior to the Effective Date.

The Debtor shall not terminate or otherwise reduce the coverage under any members', directors' and officers' insurance policies (including the "tail policy") in effect prior to the Effective Date, and any members, directors and officers of the Debtor who served in such capacity at any time before or after the Effective Date shall be entitled to the full benefits of any such policy for the full term of such policy regardless of whether such members, directors and/or officers remain in such positions after the Effective Date. Notwithstanding anything herein to the contrary, the Debtor shall retain the ability to supplement such members, directors' and officers' insurance policies as the Debtor deems necessary, including purchasing any tail coverage.

**F.     Modifications, Amendments, Supplements, Restatements, or Other Agreements.**

Unless otherwise provided in the Plan, each assumed and assigned Executory Contract or Unexpired Lease shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtor during the Chapter 11 Case shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

**G.     Reservation of Rights.**

Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Schedule of Assumed Executory Contracts and Unexpired Leases or the Schedule of

CORE/3535766.0002/236701133.4                    54

CORE/3535766.0002/236701133.3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REDLINED CHANGES TO THE DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY DEBTOR TREE LANE LLC AND SKYLARK (UK) SERVICER, LLC AND CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY DEBTOR TREE LANE LLC AND SKYLARK (UK) SERVICER, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On **March 6, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **Sandford L. Frey**    sandford.frey@stinson.com, lydia.moya@stinson.com;robyn.sokol@stinson.com;nmeyers@leechtishman.com;dennette.mulvaney@stinson.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Sarah Rose Hasselberger**    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Roberto J Kampfner**    rkampfner@whitecase.com, ladocketing@whitecase.com;dnomi@whitecase.com;mco@whitecase.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Douglas M Neistat**    dneistat@gblawllp.com, mramos@gblawllp.com
- **Mike D Neue**    mneue@till-lawgroup.com, martha.araki@till-lawgroup.com,myrtle.john@till-lawgroup.com,sachie.fritz@till-lawgroup.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov, noreen.madoyan@usdoj.gov
- **Robyn B Sokol**    robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;nmeyers@leechtishman.com
- **James E Till**    james.till@till-lawgroup.com, martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **(date),** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **(date)**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2026 | Lydia Moya | /s/ Lydia Moya |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**
CORE/3535766.0002/235405379.1